UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Gary Lover,           )<br>                           )<br>       Plaintiff,    )<br>                           )<br>v.                       )<br>                           )<br>District of Columbia, et al., )<br>                           )<br>       Defendants.  )<br>_____) | Civil No. 06-1872 |

### DEFENDANT DISTRICT OF COLUMBIA'S MOTION FOR AN ADDITIONAL THIRTY DAYS TO FILE A RESPONSE TO THE COMPLAINT

Defendant District of Columbia ("the District"), by and through undersigned counsel, hereby submits this request for the Court to grant it an additional thirty (30) days to file a response to the Complaint.[1] A Memorandum of Points and Authorities and a proposed order is attached hereto.

Pursuant to Local Rule 7, on December 7, 2006, undersigned counsel left a voicemail message for Brian K. McDaniel, Esq., counsel for the plaintiff, requested his consent to the relief sought herein. As of the time the instant motion was filed, undersigned counsel has not received a responsive telephone call from Mr. McDaniel.

> Respectfully submitted,
>
> EUGENE A. ADAMS
> Interim Attorney General for the District of Columbia
>
> GEORGE C. VALENTINE
> Deputy Attorney General
> Civil Litigation Division

---

[1] In filing this Motion, neither the District nor any of the other named District defendants waives service.

        _____/s/_____
PHILLIP A. LATTIMORE, III [422968]
Section Chief
General Litigation Section III



        _____/s/_____
DANA K. DELORENZO
Assistant Attorney General
Bar Number 468306
Sixth Floor South
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6515
(202) 727-3625 (fax)
E-Mail: dana.delorenzo@dc.gov

2

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Gary Lover,**    ) | |
| ) | |
| **Plaintiff,**    ) | |
| ) | **Civil No. 06-1872** |
| **v.**    ) | |
| ) | |
| **District of Columbia, et al.,**    ) | |
| ) | |
| **Defendants.**    ) | |
| _____ ) | |

### DEFENDANT DISTRICT OF COLUMBIA'S MOTION FOR AN ADDITIONAL THIRTY DAYS TO FILE A RESPONSE TO THE COMPLAINT

Defendant District of Columbia ("the District"), by and through undersigned counsel, hereby submits this request for the Court to grant it an additional thirty (30) days to file a response to the Complaint. In support of the relief requested herein, the District states as follows:

On November 2, 2006, the plaintiff filed his Complaint. In it, he named as defendants: the District, Chief Ramsey, Sergeant Neill, Sergeant Sloan, Detective Hendricks, Officer Anthony Malley, Officer Abdalla and "other unnamed officers." The Complaint includes claims of civil rights violations, assault, battery, conspiracy, negligence, false imprisonment, *respondeat superior*, negligent training and supervision and intentional infliction of emotional distress.

Undersigned counsel just received a copy of this Complaint. From a review of the Court record, it is not clear whether the District and the individual officers were properly served. Moreover, undersigned counsel has not yet had an opportunity to speak with any of the individual officers named in the Complaint or obtain any relevant documentation.

3

Accordingly, the District respectfully requests an additional thirty days to file a response to the Complaint so that undersigned counsel can have an opportunity to determine if service was properly effected and to speak to the individuals alleged to be involved in the facts described in the Complaint.

The District submits that this request is reasonable. First, an additional thirty days is less than the time period that the District and/or the officers would have in responding to a Complaint if it was filed in Superior Court. Second, the District submits that the plaintiff will not be prejudiced by this brief delay, as the incident allegedly occurred in September 2006 and, therefore, there is no statute of limitations problem.

WHEREFORE, the District respectfully requests the relief sought herein.

Respectfully submitted,

EUGENE A. ADAMS
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/_____
PHILLIP A. LATTIMORE, III [422968]
Section Chief
General Litigation Section III


_____/s/_____
DANA K. DELORENZO
Assistant Attorney General
Bar Number 468306
Sixth Floor South
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6515
(202) 727-3625 (fax)
E-Mail: dana.delorenzo@dc.gov

4

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Gary Lover,**             **Plaintiff,**             v.             **District of Columbia, et al.,**             **Defendants.** | ) ) ) ) ) ) ) ) ) ) )    **Civil No. 06-1872** |

**ORDER GRANTING DEFENDANT DISTRICT OF COLUMBIA'S MOTION FOR AN ADDITIONAL THIRTY DAYS TO FILE A RESPONSE TO THE COMPLAINT**

Upon consideration of the Defendant's Motion for An Additional Thirty (30) Days to File A Response to the Complaint and the facts and law considered, it is this ____ day of _____, 2006,

HEREBY ORDERED that the Defendant's Motion is GRANTED; and it is further

ORDERED that the District of Columbia shall respond to the Complaint on or before _____.

 

_____
Judge Kennedy
United States District Court

5