UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Gary Lover, ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | Civil No. 06-1872 |
| v. ) | |
| ) | |
| District of Columbia, et al., ) | |
| ) | |
|     **Defendants.** ) | |
| _____) | |

## DEFENDANT DISTRICT OF COLUMBIA'S SECOND CONSENT MOTION FOR AN ADDITIONAL FORTY-FIVE DAYS TO FILE A RESPONSE TO THE AMENDED COMPLAINT

Defendant District of Columbia ("the District"), by and through undersigned counsel, hereby submits this request for the Court to grant it an additional forty-five (45) days to file a response to the Amended Complaint.[1] A Memorandum of Points and Authorities and a proposed order is attached hereto.

Pursuant to Local Rule 7, on January 4, 2007, undersigned counsel spoke to Brian K. McDaniel, Esq., counsel for the plaintiff, who indicated that he consented to the relief sought herein.

                                                              Respectfully submitted,

                                                              LINDA SINGER
                                                              Acting Attorney General for the District of Columbia

                                                              GEORGE C. VALENTINE
                                                               Deputy Attorney General
                                                               Civil Litigation Division

---

[1] In filing this Motion, neither the District nor any of the other named District defendants waives service.

2

_____/s/_____
PHILLIP A. LATTIMORE, III [422968]
Section Chief
General Litigation Section III


_____/s/_____
DANA K. DELORENZO
Assistant Attorney General
Bar Number 468456
Sixth Floor South
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6515
(202) 727-3625 (fax)
E-Mail: dana.delorenzo@dc.gov

2

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Gary Lover,** )<br>　　　　　　　　　　　　　　　　)<br>　　　　**Plaintiff,** )<br>　　　　　　　　　　　　　　　　)<br>　　v.　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>**District of Columbia, et al.,** )<br>　　　　　　　　　　　　　　　　)<br>　　　　**Defendants.** )<br>_____) | **Civil No. 06-1872** |

**DEFENDANT DISTRICT OF COLUMBIA'S SECOND CONSENT MOTION FOR AN ADDITIONAL FORTY-FIVE DAYS TO FILE A RESPONSE TO THE AMENDED COMPLAINT**

Defendant District of Columbia ("the District"), by and through undersigned counsel, hereby submits this request for the Court to grant it an additional forty-five (45) days to file a response to the Amended Complaint. In support of the relief requested herein, the District states as follows:

On November 2, 2006, the plaintiff filed his Complaint. In it, he named as defendants: the District, Chief Ramsey, Sergeant Neill, Sergeant Sloan, Detective Hendricks, Officer Anthony Malley, Officer Abdalla and "other unnamed officers." The Complaint includes claims of civil rights violations, assault, battery, conspiracy, negligence, false imprisonment, *respondeat superior*, negligent training and supervision and intentional infliction of emotional distress.

On December 11, 2006, the District filed its first request for more time to respond to the Complaint and asked for thirty days to file a response to the Complaint. On December 18, 2006, the plaintiff filed an Amended Complaint. On January 4, 2007, the Court denied the District's Motion as moot because the plaintiff filed an Amended Complaint.

3

Undersigned counsel has learned that this incident is still under investigation by the Metropolitan Police Department but that the investigation is expected to conclude by the end of January 2007. Once the investigation concludes, undersigned counsel expects to speak with the individual officers named in the Amended Complaint and will be in a better position to file a response to the Amended Complaint (either through an Answer or a substantive motion).

Additionally, on January 4, 2007, Mr. McDaniel, counsel for the plaintiff, faxed to undersigned counsel documents purporting to show service on the District defendants, as there were no such available documents in the Court file. Based on a review of these documents, it is the Office of the Attorney General's position that certified mail service of the original Complaint was not proper on any of the named defendants.[2] On January 8, 2007, undersigned counsel left a message for plaintiff's counsel, to try and resolve the service issues without resorting to motions.[3]

Given the circumstances described herein, however, the District respectfully requests an additional forty-five days to file a collective response (from all of the District defendants) to the Amended Complaint so that undersigned counsel can speak to the individuals alleged to be involved in the facts described in the Amended Complaint and the parties can resolve the service issues. The District submits that this request is reasonable and the plaintiff will not be prejudiced by this brief delay.

WHEREFORE, the District respectfully requests the relief sought herein.

---

[2] Upon information and belief, however, the Office of General Counsel for the Metropolitan Police Department was authorized to accept service of the original Complaint on his behalf. Undersigned counsel submits that it would be more efficient for Chief Ramsey to respond to the Amended Complaint at the same time the remaining defendants respond.

[3] Notably, the Certificate of Service on the Amended Complaint documents that the Amended Complaint was sent via certified mail to defendant Officer Manley only.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


_____/s/_____
PHILLIP A. LATTIMORE, III [422968]
Section Chief
General Litigation Section III


_____/s/_____
DANA K. DELORENZO
Assistant Attorney General
Bar Number 468456
Sixth Floor South
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6515
(202) 727-3625 (fax)
E-Mail: dana.delorenzo@dc.gov

5

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Gary Lover,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | )   **Civil No. 06-1872** |
| v. | ) |
| | ) |
| **District of Columbia, et al.,** | ) |
| | ) |
| **Defendants.** | ) |
| _____ | ) |

**ORDER GRANTING DEFENDANT DISTRICT OF COLUMBIA'S SECOND CONENT MOTION FOR AN ADDITIONAL FORTY-FIVE DAYS TO FILE A RESPONSE TO THE AMENDED COMPLAINT**

Upon consideration of the Defendant's Second Motion for An Additional Forty-five (45) Days to File A Response to the Amended Complaint and the facts and law considered, it is this

____ day of _____, 2007,

HEREBY ORDERED that the Defendant's Second Motion is GRANTED; and it is further

ORDERED that the District of Columbia and the other District defendants shall respond to the Amended Complaint on or before _____.


_____
Judge Kennedy
United States District Court

6