UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Gary Lover, )<br>)<br>      Plaintiff, )<br>) | Civil No. 06-1872 |
|    v. )<br>)<br>District of Columbia, et al., )<br>)<br>      Defendants. )<br>_____ ) | |

**DEFENDANT DISTRICT OF COLUMBIA'S SECOND MOTION FOR AN ADDITIONAL THIRTY DAYS TO FILE A RESPONSE TO THE AMENDED COMPLAINT**

Defendant District of Columbia ("the District"), by and through undersigned counsel, hereby submits this request for the Court to grant it an additional thirty (30) days to file a response to the Amended Complaint.[1]  A Memorandum of Points and Authorities and a proposed order is attached hereto.

Pursuant to Local Rule 7, on February 15, 2007, undersigned counsel spoke to Brian K. McDaniel, Esq., counsel for the plaintiff, who indicated that he did not consent to the relief requested herein.

                                          Respectfully submitted,

                                          LINDA SINGER
                                          Acting Attorney General for the District of Columbia

                                          GEORGE C. VALENTINE
                                          Deputy Attorney General
                                          Civil Litigation Division

---

[1] In filing this Motion, neither the District nor any of the other named District defendants waives service.

      /s/
PHILLIP A. LATTIMORE, III [422968]
Section Chief
General Litigation Section III



      /s/
DANA K. DELORENZO
Assistant Attorney General
Bar Number 468306
Sixth Floor South
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6515
(202) 727-3625 (fax)
E-Mail: dana.delorenzo@dc.gov

2

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Gary Lover,** ) | |
| ) | |
|        **Plaintiff,** ) | |
| ) | **Civil No. 06-1872** |
| **v.** ) | |
| ) | |
| **District of Columbia, et al.,** ) | |
| ) | |
|        **Defendants.** ) | |
| _____) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT DISTRICT OF COLUMBIA'S SECOND MOTION FOR AN ADDITIONAL THIRTY DAYS TO FILE A RESPONSE TO THE AMENDED COMPLAINT**

Defendant District of Columbia ("the District"), by and through undersigned counsel, hereby submits this request for the Court to grant it an additional thirty (30) days to file a response to the Amended Complaint. In support of the relief requested herein, the District states as follows:

On November 2, 2006, the plaintiff filed his Complaint. In it, he named as defendants: the District, Chief Ramsey, Sergeant Neill, Sergeant Sloan, Detective Hendricks, Officer Anthony Malley, Officer Abdalla and "other unnamed officers." The Complaint includes claims of civil rights violations, assault, battery, conspiracy, negligence, false imprisonment, *respondeat superior*, negligent training and supervision and intentional infliction of emotional distress.

On December 8, 2006, the plaintiff filed an Amended Complaint. The District previously requested an extension of time to respond to the Amended Complaint. This request was granted and the District's response is due on February 23, 2007.

Undersigned counsel has learned that the investigation regarding the incident described in the Amended Complaint is not yet complete because it has not been reviewed by the chain of

3

command. Once the investigation and report is complete, undersigned counsel will then be able to ascertain MPD's position on the incident and will be able to speak with the individual officers named in the Amended Complaint. Once undersigned counsel has this information, she will be in a better position to file a response to the Amended Complaint (either through an Answer or a substantive motion).

Moreover, the additional time will allow the parties to resolve the service issues without resorting to motions. Given the circumstances described herein, however, the District respectfully requests an additional thirty days to file a collective response (from all of the District defendants) to the Amended Complaint so that undersigned counsel can ascertain MPD's position on the investigation, speak to the individuals alleged to be involved in the facts described in the Amended Complaint and allow the parties additional time to resolve the service issues. The District submits that this request is reasonable and the plaintiff will not be prejudiced by this brief delay.

WHEREFORE, the District respectfully requests the relief sought herein.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/_____
PHILLIP A. LATTIMORE, III [422968]
Section Chief
General Litigation Section III

_____/s/_____
DANA K. DELORENZO
Assistant Attorney General
Bar Number 468306

4

Sixth Floor South
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6515
(202) 727-3625 (fax)
E-Mail: dana.delorenzo@dc.gov

Case 1:06-cv-01872-HHK-DAR    Document 5    Filed 02/15/2007    Page 5 of 6

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Gary Lover,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Civil No. 06-1872** |
| v. ) | |
| ) | |
| **District of Columbia, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

## ORDER GRANTING DEFENDANT DISTRICT OF COLUMBIA'S SECOND MOTION FOR AN ADDITIONAL THIRTY DAYS TO FILE A RESPONSE TO THE AMENDED COMPLAINT

Upon consideration of the Defendant's Second Motion for An Additional Thirty (30) Days to File A Response to the Amended Complaint and the facts and law considered, it is this ____ day of _____, 2007,

HEREBY ORDERED that the Defendant's Motion is GRANTED; and it is further

ORDERED that the District of Columbia and the other District defendants shall respond to the Amended Complaint on or before _____, 2007.

_____
The Honorable Henry Kennedy
United States District Court Judge