UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Gary Lover, | ) |
|        Plaintiff, | ) |
| v. | ) Civil No. 06-1872 |
| District of Columbia, et al., | ) |
|        Defendants. | ) |

## DEFENDANTS OFFICER MANLEY AND SERGEANT NEILL'S MOTION FOR AN ADDITIONAL THIRTY DAYS TO FILE A RESPONSE TO THE AMENDED COMPLAINT

Defendants, Officer Manley and Sergeant Neill, by and through undersigned counsel, hereby submits this request for the Court to grant them an additional thirty (30) days to file a response to the Amended Complaint because they are being assigned different counsel from the Office of the Attorney General due to a potential conflict of interest.[1]  Undersigned counsel has, however, filed answers on behalf of Officer Abdalla, Detective Hendricks and Sergeant Sloan and filed a Motion to Dismiss on behalf of the District and Chief Ramsey.  A Memorandum of Points and Authorities and a proposed order is attached hereto.

Pursuant to Local Rule 7, on March 13, 2007, undersigned counsel spoke to Brian K. McDaniel, Esq., counsel for the plaintiff.  Mr. McDaniel indicated that he did not consent to the relief requested herein.

---

[1] Undersigned counsel is only filing this motion on behalf of Officer Manley and Sergeant Neill in order to inform the Court about the potential conflict of interest and to request additional time for them to file a response to the Amended Complaint.  Upon information and belief, Officer Manley has not been served, although undersigned counsel has been working with plaintiff's counsel to effectuate service.  Neither Officer Manley nor Sergeant Neill has requested representation from the Office of the Attorney General as of the time the instant motion has been filed.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


_____/s/_____
PHILLIP A. LATTIMORE, III [422968]
Section Chief
General Litigation Section III


_____/s/_____
DANA K. DELORENZO
Assistant Attorney General
Bar Number 468306
Sixth Floor South
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6515
(202) 727-3625 (fax)
E-Mail: dana.delorenzo@dc.gov

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Gary Lover, )<br>)<br>      Plaintiff, )<br>) | **Civil No. 06-1872** |
|      v. )<br>) | |
| District of Columbia, et al., )<br>) | |
|       Defendants. )<br>_____) | |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS OFFICER MANLEY AND SERGEANT NEILL'S MOTION FOR AN ADDITIONAL THIRTY DAYS TO FILE A RESPONSE TO THE AMENDED COMPLAINT

Defendants, Officer Manley and Sergeant Neill, by and through undersigned counsel, hereby submits this request for the Court to grant them an additional thirty (30) days to file a response to the Amended Complaint because they are being assigned different counsel due to a potential conflict of interest. In support of the relief requested herein, the defendants state as follows:

On November 2, 2006, the plaintiff filed his Complaint. On December 18, 2006, the plaintiff filed an Amended Complaint. In it, he named as defendants: the District, Chief Ramsey, Sergeant Neill, Sergeant Sloan, Detective Hendricks, Officer Steven Manley, Officer Abdalla and "other unnamed officers." The Amended Complaint includes claims of civil rights violations, assault, battery, conspiracy, negligence, false imprisonment, *respondeat superior*, negligent training and supervision and intentional infliction of emotional distress.

After a thorough investigation, the Office of the Attorney General recently made a determination that Officer Manley and Sergeant Neill should be represented by separate counsel, not undersigned counsel, due to a potential conflict of interest. Accordingly, these defendants

3

need a brief extension of time for counsel to be assigned and enter his/her appearance in this case so that he/she can speak to Officer Manley and Sergeant Neill in order to file a proper response to the Amended Complaint.

Given the circumstances described herein, the defendants respectfully request an additional thirty days to file a response to the Amended Complaint. This Motion is not brought for the purpose of delay and will not prejudice the plaintiff, particularly when substantive responses, either through an Answer and/or a dispositive motion, have been filed on behalf of the remaining defendants.[2]

WHEREFORE, the defendants respectfully request the relief sought herein.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/_____
PHILLIP A. LATTIMORE, III [422968]
Section Chief
General Litigation Section III

_____/s/_____
DANA K. DELORENZO
Assistant Attorney General
Bar Number 468306
Sixth Floor South
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6515
(202) 727-3625 (fax)
E-Mail: dana.delorenzo@dc.gov

---

[2] The Office of the Attorney General acknowledges that the Court's February 23, 2007 Order stated that the Court would not grant any further extensions of time to respond to the Amended Complaint. However, due to the circumstances described herein, the Office of the Attorney General submits that it has demonstrated good cause for this brief extension of time.

4

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Gary Lover,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | )   **Civil No. 06-1872** |
| v. | ) |
| | ) |
| **District of Columbia, et al.,** | ) |
| | ) |
| **Defendants.** | ) |
| _____ | ) |

## ORDER GRANTING DEFENDANTS OFFICER MANLEY AND SERGEANT NEILL'S MOTION FOR AN ADDITIONAL THIRTY DAYS TO FILE A RESPONSE TO THE AMENDED COMPLAINT

Upon consideration of the Defendants' Motion for an Additional Thirty Days to File a Response to the Amended Complaint and the facts and law considered, it is this ____ day of _____, 2007,

HEREBY ORDERED that the defendants' Motion is GRANTED; and it is further

ORDERED that Officer Manley and Sergeant Neill shall respond to the Amended Complaint on or before _____, 2007.

_____
The Honorable Henry H. Kennedy
United States District Court Judge