UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Gary Lover, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | Civil No. 06-1872 |
| v. ) | |
| ) | |
| District of Columbia, et al., ) | |
| ) | |
|     Defendants. ) | |
| _____ ) | |

**DEFENDANT DISTRICT OF COLUMBIA AND CHIEF RAMSEY'S PARTIAL CONSENT MOTION TO CONTINUE THE APRIL 27, 2007 INITIAL CASE CONFERENCE**

Defendants District of Columbia ("the District") and Chief Ramsey, by and through undersigned counsel, hereby submit this request for the Court to briefly continue the initial case conference so that the Court has an opportunity to rule on the dispositive motion filed by these defendants on March 15, 2007. A Memorandum of Points and Authorities and a proposed order is attached hereto.

Pursuant to Local Rule 7, on April 18, 2007, undersigned counsel spoke to Brian K. McDaniel, Esq., counsel for the plaintiff, who indicated that he does not consent to continue the initial case conference.[1]

                                                Respectfully submitted,

                                                LINDA SINGER
                                                Attorney General for the District of Columbia

---

[1] The Office of the Attorney General has assigned Assistant Attorney General Michael Bruckheim to represent Officer Manley and Sergeant Neill in this matter. Mr. Bruckheim will be filing a response on behalf of these defendants by the Court-ordered deadline of May 6, 2007. Mr. Bruckheim indicated to undersigned counsel on April 18, 2007 that he consented to the relief requested herein.

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


_____/s/_____
PHILLIP A. LATTIMORE, III [422968]
Section Chief
General Litigation Section III


_____/s/_____
DANA K. DELORENZO
Assistant Attorney General
Bar Number 468306
Sixth Floor South
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6515
(202) 727-3625 (fax)
E-Mail: dana.delorenzo@dc.gov

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Gary Lover,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Civil No. 06-1872** |
| v. ) | |
| ) | |
| **District of Columbia, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT DISTRICT OF COLUMBIA'S AND CHIEF RAMSEY'S PARTIAL CONSENT MOTION TO CONTINUE THE APRIL 27, 2007 INITIAL CASE CONFERENCE

Defendants, District of Columbia ("the District") and Chief Ramsey, by and through undersigned counsel, hereby submit this request for the Court to briefly continue the initial case conference so that the Court has an opportunity to rule on the dispositive motion filed by these defendants. In support of the relief requested herein, the defendants state as follows:

On November 2, 2006, the plaintiff filed his Complaint. On December 18, 2006, the plaintiff filed an Amended Complaint. In it, he named as defendants: the District, Chief Ramsey, Sergeant Neill, Sergeant Sloan, Detective Hendricks, Officer Anthony Malley, Officer Abdalla and "other unnamed officers." The Complaint includes claims of civil rights violations, assault, battery, conspiracy, negligence, false imprisonment, *respondeat superior*, negligent training and supervision and intentional infliction of emotional distress.

On March 15, 2007, undersigned counsel filed a Motion to Dismiss on behalf of the

3

District and Chief Ramsey.[2] This motion remains pending. Also on this date, undersigned counsel filed an Answer on behalf of Officer Abdalla, Sergeant Sloan and Detective Hendrick. Officers Neill and Sergeant Manley were given leave to file their response to the Amended Complaint by May 6, 2007.

The Court set an initial case conference for April 27, 2007 at 10:45 am. Undersigned counsel submits that the Court should continue the initial case conference to another date so that it has ample time to review – and issue an Order on - the pending dispositive motion. The parties should not be required to proceed with drafting a Rule 16.3 statement or attend an initial case conference before the Court issues an Order on the motion because a ruling in the defendants' favor may obviate the need to discuss some issues in a Rule 16.3 Statement and/or may affect the discovery deadlines as well as other deadlines.

Undersigned counsel submits that this brief delay would not prejudice the parties or adversely affect the Court's calendar.

WHEREFORE, the District respectfully requests the relief sought herein.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

---

[2] The plaintiff filed an Opposition thirty-three days after the Motion was filed. As the Opposition is not timely, the Court could and should treat the motion as conceded. *See* Local Rule 7(b) ("Within 11 days of the date of service or at such time as the Court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion. If such a memorandum is not filed within the prescribed time, the Court may treat the motion as conceded."). Undersigned counsel is currently drafting a Reply brief, addressing this and other deficiencies in the plaintiff's Opposition.

4

        /s/
PHILLIP A. LATTIMORE, III [422968]
Section Chief
General Litigation Section III


        /s/
DANA K. DELORENZO
Assistant Attorney General
Bar Number 468306
Sixth Floor South
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6515
(202) 727-3625 (fax)
E-Mail: dana.delorenzo@dc.gov

5

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Gary Lover,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | )   **Civil No. 06-1872** |
| v. | ) |
| | ) |
| **District of Columbia, et al.,** | ) |
| | ) |
| **Defendants.** | ) |
| _____ | ) |

### ORDER GRANTING DEFENDANT DISTRICT OF COLUMBIA'S PARTIAL CONSENT MOTION TO CONTINUE THE APRIL 27, 2007 INITIAL CASE CONFERENCE

Upon consideration of the District of Columbia's and Chief Ramsey's Partial Consent Motion, any opposition thereto and the facts and law considered, it is this \_\_\_\_ day of _____, 2007,

HEREBY ORDERED that the Motion is GRANTED; and it is further

ORDERED that the initial case conference will be continued to _____ , 2007.

_____
The Honorable Henry Kennedy
United States District Judge