## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GARY R. LOVER | : | |
| | : | |
| Plaintiff, | : | Civil Action 06-01872(HHK) |
| | : | Next Event: Scheduling Conf. |
| v. | : | Next Court Date: April 27, 2007 |
| | : | |
| DISTRICT OF COLUMBIA, et al., | : | |
| | : | |
| Defendants. | : | |

### PLAINTIFF GARY LOVER'S MOTION IN OPPOSITION TO DEFENDANT'S MOTION TO CONTINUE THE APRIL 27, 2007 INITIAL SCHEDULING CONFERENCE

Plaintiff, Gary Lover, by and through his attorney, Brian K. McDaniel and McDaniel & Asso. P.A.  hereby files this motion requesting that the court deny the Defendant's Motion to Continue the Initial Scheduling Conference scheduled for April 27, 2007.

While it is true that this court does have motions pending before it which may affect the completion of discovery; the motions and or the disposition of the same will not preclude this court from setting a discovery schedule to avoid any unnecessary delay in the discovery which could proceed at this time. As such, the plaintiff opposes any continuance of the scheduled conference hearing.

Respectfully Submitted,

_____
Brian K. McDaniel, Esq.
McDaniel & Asso. P.A.
1211 Connecticut Ave. N.W.
Suite 506
Washington, D.C. 20036
Telephone (202) 331 – 0793
Brianmac1911@aol.com

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **GARY R. LOVER** | : | |
| | : | |
| **Plaintiff,** | : | **Civil Action 06-01872(HHK)** |
| | : | **Next Event: Scheduling Conf.** |
| **v.** | : | **Next Court Date: April 27, 2007** |
| | : | |
| **DISTRICT OF COLUMBIA, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

**OREDER DENYING DEFENDANT'S REQUEST FOR CONTINUANCE OF**
**STATUS HEARING**

Upon consideration of the Plaintiff's motion in opposition to the Defendant's

Motion to Continue Scheduling Conference, any response thereto and all of the

information in the possession of this court it is this _____ day of _____,

2007 hereby ordered that the Motion is **GRANTED** and further ordered that the April 27,

2007 Scheduling conference will not be continued.

_____
The Honorable Judge Henry Kennedy