# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

GARY R. LOVER,                                  :
                                                :
          Plaintiff,                            :
                                                :
v.                                              :
                                                :        CV-06-1872 (HHK)
DISTRICT OF COLUMBIA, *et al.*,                 :
                                                :
          Defendants.                           :
_____:


## <u>NOTICE OF ENTRY OF APPEARANCE</u>

     The Clerk of said Court will please **enter** the appearance of Michael P. Bruckheim on behalf of Defendants Steven Manley and Gerald Neill.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division


__\s_____
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV


___\s_____
MICHAEL P. BRUCKHEIM [455192]
Assistant Attorney General
441 4TH Street, NW, 6th Floor-South
Washington, D.C. 20001
202-724-6649; 202-727-6295
E-mail: Michael.bruckheim@dc.gov