## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY LOVER, | ) |
| | ) |
|       **Plaintiff,** | ) |
| | ) |
|       v. | ) Civil Action No: 06-1872 (HHK) |
| | ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| | ) |
|       **Defendant.** | ) |
| | ) |

### NOTICE OF WITHDRAWAL AND ENTRY OF APPEARANCE

The Clerk of the Court will please WITHDRAW the appearance of Assistant Attorney General Dana Delorenzo, as counsel for defendants District of Columbia, Chief Ramsey, Officer Abdalla, Detective Hendrick and Sergeant Sloan in the above-captioned matter.

The Clerk of the Court will please ENTER the appearance of Assistant Attorney General Nicola N. Grey, Office of the Attorney General, as counsel for these defendants.

    Respectfully submitted,

    LINDA SINGER
    Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General,
    Civil Litigation Division

      /s/
    PHILLIP A. LATTIMORE, III [422968]
    Chief, General Litigation Sec. III

      /s/
    NICOLA N. GREY [492150]
    Assistant Attorney General
    441 Fourth Street, N.W., Sixth Floor South
    Washington, D.C. 20001
    (202) 724-6626; (202) 727-6295
    (202) 727-3625 (fax)
    E-mail: nicola.grey@dc.gov