**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|                                         |                          |
|-----------------------------------------|--------------------------|
| GARY R. LOVER                           |                          |
|          Plaintiff,                     |                          |
|       v.                                | C.A. No.: 06-1872        |
| District of Columbia, *et al.*,         |                          |
|          Defendants.                    |                          |

## NOTICE OF ENTRY OF APPEARANCE

The Clerk of the Court will please enter the appearance of ERIC S. GLOVER, Assistant

Attorney General for the District of Columbia, as counsel for defendants Steven Manley and

Gerald Neill.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

_____/s/ Patricia A. Jones_____
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

_____/s/ ERIC S. GLOVER_____
ERIC S. GLOVER[1]
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 442-9754
Eric.Glover@dc.gov

---

[1] Appearing under Rule 49(c)(4) of the District of Columbia Court of Appeals and LCvR 83.2.