UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY R. LOVER<br><br>Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.,*,<br><br>Defendants. | 06-CV-01872 |

**DEFENDANTS STEVEN A. MANLEY, GERALD NEIL, AND THE DISTRICT OF COLUMBIA'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Defendants Steven A. Manley, Gerald Neill, and the District of Columbia (hereinafter "the Defendants"), by and through counsel, jointly oppose plaintiff's Motion for Leave to File Second Amended Complaint, and state as follows:

1. On or about November 11, 2006, the plaintiff filed his Complaint in the above-captioned action with this Court. See Docket Entry #1. On December 15, 2006, the plaintiff filed an Amended Complaint. See Docket Entry #3. Now, over a year after filing his original Complaint and approximately a year after filing his Amended Complaint, the plaintiff is now moving this Court for leave to file a second amended complaint.

2. In his proposed second amended complaint, plaintiff seeks to add five additional plaintiffs, assert five new separate and distinct claims against eight new defendants. See Proposed Amended Complaint. The defendants submit that the plaintiff is not seeking to "amend" his complaint, but to commence at least five new actions for five new plaintiffs. In other words, plaintiff seeks to file a class action lawsuit against various defendants for incidents that allegedly occurred at separate times, and do not arise out of the same operative facts. See

Proposed Amended Complaint. As such the plaintiff's motion should be denied as unduly prejudicial to the defendants.

3. Additionally, discovery in this action is to close on December 28, 2007. While these defendants intend to move the Court to enlarge discovery, these defendants should not be subjected to discovery that bears no relationship to the claims now pending against them. These defendants would be severely prejudiced by the claims now asserted against the newly proposed defendants.

4. While generally leave to amend is liberally granted pursuant to Fed. R. Civ. P. 15, this Court should deny plaintiff's motion because he seeks to file a class action against numerous defendants for claims that have no commonality.

WHEREFORE, the defendants pray that the Court deny plaintiff's Motion for Leave to File a Second Amended Complaint.

Respectfully submitted,

EUGENE ADAMS
Chief Deputy Attorney General

SAMUEL KAPLAN
Assistant Deputy Attorney General,
Civil Litigation Division

   /s/ Patricia A. Jones
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

   /s/ Eric S. Glover
ERIC S. GLOVER[1]
Assistance General Counsel
441 Fourth Street, N.W. Suite 6N04
Washington, D.C. 20001
(202) 442-9754; (202) 724-6295

Attorneys for Defendants Manley and Neill

---

[1] Appearing under Rule 49(c)(4) of the District of Columbia Court of Appeals and LCvR 83.2.

2

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

          */s/Phillip A. Lattimore, III, by PAJ*
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Sec. III
Sixth Floor South
Washington, D.C. 20001
(202) 442-9874; (202) 727-6295
(202) 727-3625 (fax)

Attorneys for Defendant District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARY R. LOVER

    Plaintiff,

    v.

DISTRICT OF COLUMBIA, *et al.*,,

    Defendants.

06-CV-01872

## **ORDER**

    Upon consideration of Plaintiff's Motion for Leave to File Second Amended, defendants' opposition thereto, and the record herein, it is this ___ day of _____, 2007,

    ORDERED: that Plaintiff's Motion for Leave to File Second Amended Complaint is denied for the reasons set forth in the defendants' opposition.

    SO ORDERED.

                                                  _____
                                                  JUDGE