UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY R. LOVER,<br>            Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, et al.,<br>            Defendants. | Civil Action 06-01872 (HHK)(AK) |

**ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE ALAN KAY**

It is this 21st day of December, 2007 hereby,

**ORDERED** that the motion entitled MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT [#26], docketed December 5, 2007, is referred to United States Magistrate Judge Alan Kay for his determination pursuant to LCvR 72.2(a). Henceforth, and until this referral is terminated, ALL filings in this case shall include the initials of the assigned Magistrate Judge, "AK," in the caption next to the initials of the undersigned judge. See LCvR 5.1(f).

Henry H. Kennedy, Jr.
United States District Judge
