**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GARY R. LOVER, | : |
| Plaintiff, | : |
| v. | : CV-06-1872 (HHK) (AK) |
| DISTRICT OF COLUMBIA, *et al.*, | : |
| Defendants. | : |

## DEFENDANTS STEVEN MANLEY AND GERALD NEILL'S CONSENT MOTION TO EXTEND DEADLINE FOR DISCOVERY

Defendants Steven Manley and Gerald Neill (hereinafter collectively referred to as ("defendants"), by and through undersigned counsel, hereby move this Court, pursuant to Fed. P. Civ. R. 6(b)(1), to grant an extension of time until February 29, 2008, to complete discovery. As reasons therefore, these defendants represent as follows:

1. Under the current Scheduling Order, discovery closes on December 28, 2007. See Court Docket Entry # 23 and Minute Order of October 9, 2007.

2. A review of the record reflects that discovery is not complete. Defendants have answered plaintiff's written discovery. However, the parties have not engaged in depositions and would like to do so. Due to the combined schedules of the three assigned attorneys to this matter, an extension of the discovery deadline to February 29, 2007 is warranted.

3. Plaintiff recently filed a motion to amend his complaint to add additional plaintiffs and additional defendants to this action. While the defendants have opposed plaintiff's motion, they seek an enlargement of discovery in the event the Court grants said motion to amend. These defendants would be entitled to engage in additional discovery with the addition of new parties and claims to this action.

4. Fed. P. Civ. R. 6(b)(1) provides that: "When by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion with or without a motion or notice order the period enlarged if request therefore is made before the expiration of the period originally prescribed or as extended by a previous order…"

5. This motion satisfies the requirements of Rule 6(b)(1), because it is being filed prior to the prescribed deadline for the close of discovery, and is for cause shown.

6. Defendants respectfully request that the Scheduling Order be modified as follows:

| | |
|---|---|
| Discovery Closed | 2/29/08 |
| Deadline for Filing Motions | 03/31/08 |
| Oppositions due | 04/30/08 |
| Replies due | 05/15/08 |

7. No party will be prejudiced by the granting of this Motion. In fact, all parties consent to the relief herein sought.

WHEREFORE, for the reasons stated herein, and pursuant to F.R.C.P. 6(b), Defendants request an extension of discovery until February 29, 2008.

                                  Respectfully submitted,

                                  LINDA SINGER
                                  Attorney General for the District of Columbia

                                  GEORGE C. VALENTINE
                                  Deputy Attorney General, Civil Litigation Division

                                  _/s/ Patricia A. Jones_____
                                  PATRICIA A. JONES [428132]
                                  Chief, General Litigation Sec. IV

   /s/ Michael P. Bruckheim_____
MICHAEL P. BRUCKHEIM [455192]
ERIC S. GLOVER[1]
Assistant Attorney General
441 4TH Street, NW, 6th Floor-South
Washington, D.C.  20001
202-724-6649; 202-442-9754; 202-727-6295
E-mail:  Michael.bruckheim@dc.gov;
Eric.Glover@dc.gov

### Rule 7(m) Certification

Pursuant to LCvR 7(m), on December 27th, undersigned counsel contacted counsel for plaintiff and the District, and obtained consent from both parties to the relief requested in this motion.

   /s/ Michael P. Bruckheim_____
  MICHAEL P. BRUCKHEIM

---

[1] Appearing under Rule 49(c)(4) of the District of Columbia Court of Appeals and LCvR 83.2.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GARY R. LOVER, | : |
|     Plaintiff, | : |
| v. | : |
| | :    CV-06-1872 (HHK) (AK) |
| DISTRICT OF COLUMBIA, *et al.*, | : |
|     Defendants. | : |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS STEVEN MANLEY AND GERALD NEILL'S CONSENT MOTION TO EXTEND DEADLINE FOR DISCOVERY**

In support of their Consent Motion to Extend Deadline for Discovery, defendants submit their memorandum of points and authorities, as follows:

1. Federal Rules of Civil Procedure, Rule 6(b)(1).

2. The parties' consent.

3. The record herein.

4. The Court's equitable powers.

                                                Respectfully submitted,

                                                LINDA SINGER
                                                Attorney General for the District of Columbia

                                                GEORGE C. VALENTINE
                                                Deputy Attorney General, Civil Litigation Division

                                                /s/ Patricia A. Jones
                                                PATRICIA A. JONES [428132]
                                                Chief, General Litigation Sec. IV

/s/ Michael P. Bruckheim_____
MICHAEL P. BRUCKHEIM [455192]
ERIC S. GLOVER
Assistant Attorney General
441 4TH Street, NW, 6th Floor-South
Washington, D.C.  20001
202-724-6649; 202-442-9754; 202-727-6295
E-mail:  Michael.bruckheim@dc.gov;
Eric.Glover@dc.gov

5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GARY R. LOVER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | CV-06-1872 (HHK) (AK) |
| DISTRICT OF COLUMBIA, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

This matter, having come before the Court on Defendants Steven Manley and Gerald Neill's Consent Motion to Extend Deadline for Discovery, their supporting Memorandum of Points and Authorities, and the entire record herein, it is, this ____ day _____, 200_,

ORDERED, that the said motion be, and hereby is, GRANTED for the reasons set forth in the defendants' motion, and it is,

FURTHER ORDERED, that the current Scheduling Order is modified as follows:

| | |
|---|---|
| Discovery Closed | 2/29/08 |
| Deadline for Filing Motions | 03/31/08 |
| Oppositions due | 04/31/08 |
| Replies due | 05/15/08 |

So ORDERED this _____ day of _____, 200__.

_____
The Honorable Henry H. Kennedy, Jr.
United States District Court for the District of Columbia