## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GARY LOVER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No: **1:06-cv-01872-HHK-AK** |
| ) | |
| **DISTRICT OF COLUMBIA,** *et al.*, ) | **Judge Henry H. Kennedy** |
| ) | |
| **Defendant.** ) | |
| ) | |

### NOTICE OF SUBSTITUTION OF COUNSEL

TO:   Clerk of Court.

TO:   All parties.

PLEASE TAKE NOTICE that, on this 17th day of January, 2008, Richard A. Latterell is entering his appearance and replacing Nicola N. Grey as counsel for Defendant the District of Columbia. Pursuant to Fed. R. Civ. P. 5(a), service of pleadings and all correspondence in this matter should be sent to Mr. Latterell at his Washington, D.C. office address below.

//

//

Dated this 17th day of January, 2008.

    Respectfully submitted,

    PETER J. NICKLES
    Interim Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General, Civil Litigation Division

    */s/ Phillip A. Lattimore, III*
    PHILLIP A. LATTIMORE, III [422968]
    Chief, General Litigation Section III

    */s/ Richard A. Latterell*
    RICHARD A. LATTERELL [502127]
    Assistant Attorney General
    441 Fourth Street, N.W., Suite 6S074
    Washington, D.C. 20001
    (202) 724-6626
    (202) 727-3625 (fax)
    Email: richard.latterell@dc.gov

CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing Notice of Substitution of Counsel were sent, on this 17th day of January, 2008, by electronic service to the following:

Brian K. McDaniel, Esq.
McDaniel & Assoc. PA
1211 Connecticut Avenue N.W., Suite 506
Washington, DC 20036

Michael Bruckheimer
Office of the Attorney General for the District of Columbia
441 Fourth Street, NW
Sixth Floor North
Washington, DC 20001

                                              */s/ Richard A. Latterell*
                                              RICHARD A. LATTERELL
                                              Assistant Attorney General