UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GARY R. LOVER | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No.: **06CV01872** |
| | : | Judge: Henry H. Kennedy |
| DISTRICT OF COLUMBIA, et. al. | : | |
| | : | |
| Defendants. | : | |

PLAINTIFF'S RESPONSE TO DEFENDANTS STEVEN A. MANLEY, GERALD NEIL, AND THE DISTRICT OF COLUMBIA'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

COMES NOW the Plaintiff, by and through undersigned counsel, in response to the Defendants' opposition motion, and states the following:

1. In Plaintiff's original and amended complaint, Plaintiff alleged that Metropolitan Police Officers in conducting public strip and cavity searches were acting "under the color of law…*custom* and usage of the District of Columbia." See Amended Complaint ¶ 29(e).

2. Plaintiff, in his Memorandum of Points and Authorities in Support of Plaintiff's Motion in Opposition to Defendant's Motion to Dismiss Amended Complaint indicated that he would establish that custom by bringing forth additional individuals who have suffered the same or substantially similar constitutional violations at the hands of member of the Metropolitan Police Department (hereinafter "MPD"). The five additional complainants proposed in the Second Amended Complaint represent the additional victims necessary to establish this custom. Specifically, all plaintiffs allege that they were the victims of unconsented to strip and/or cavity searches of either their anus and/or genital area that were violative of the constitution and the pre-existing general order outlining the procedures for such searches by members of the MPD.

3. Even if the Motion for Leave to File Second Amended Complaint is denied, each of the proposed additional complainants would serve as witnesses of the custom in the instant claim. Moreover, each of the five additional complainants would be forced to file separate complaints including the same causes of action and the same defendants ultimately responsible for any damage award in the instant matter.

4. As Defendants stated they intended to do in their opposition motion, Defendants have filed a Motion to Enlarge Discovery themselves and thus, would not be prejudiced by such enlargement.

5. Defendants indicated in ¶ 3 of their opposition motion that the asserted claims have no commonality. Even a cursory look at the facts in each of these incidents would reveal that they are the same or substantially similar in that each of them are a public strip or cavity search conducted by members of the MPD in violation of its written policy, but pursuant to an unwritten custom.

WHEREFORE, the Plaintiff prays that the Court grant its Motion for Leave to File Second Amended Complaint.

Respectfully Submitted,

/s/
Brian K. McDaniel, Esq.
D.C. Bar #45807
McDaniel and Associates, P.A.
1211 Connecticut Avenue
Suite 506
Washington, DC 20036
Telephone: (202) 331-0793
Counsel for the Plaintiff