UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GARY R. LOVER | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No.: **06CV01872** |
| | : | Judge: Henry H. Kennedy |
| DISTRICT OF COLUMBIA, et. al. | : | |
| | : | |
| Defendants. | : | |

<u>ADDENDUM TO PLAINTIFF'S MOTION TO FILE SECOND AMENDED COMPLAINT</u>

COMES NOW the Plaintiff, by and through undersigned counsel, in compliance with the Court's January 31, 2008 order regarding the provision of the DC ST §12-309 notices for the proposed additional plaintiffs. The Court will please find attached the notices for Gary R. Lover, William Malloy, Brian Covington, Derrick Craig and Bernard Matthews. As to Bernard Matthews and Kevin Anderson, "Section 12-309 specifically provides that a 'police report' constitutes sufficient notice only if it contains the same information required of the letter, i.e. the approximate time, place, cause and circumstances of the injury giving rise to the claim." *Thorne v. District of Columbia*, 2006 WL 3755208, (D.D.C, 2006). Notice was sent to the District of Columbia on Mr. Matthews beyond the time limitation and no notice was sent on Mr. Anderson. However, the Plaintiff relies on the aforementioned case law in both instances because both individuals were arrested at the scene of their strip and cavity searches and the police reports generated as a result of there arrest contain the information necessary to satisfy the Section 12-309 and case law notice requirement.

Respectfully Submitted,

/s/
Brian K. McDaniel, Esq.

D.C. Bar #45807
McDaniel and Associates, P.A.
1211 Connecticut Avenue
Suite 506
Washington, DC  20036
Telephone:  (202) 331-0793
Counsel for the Plaintiff