UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **GARY LOVER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | Civil Action No: **1:06-cv-01872-HHK-AK** |
| | ) | |
| **DISTRICT OF COLUMBIA**, *et al.,* | ) | **Judge Henry H. Kennedy** |
| | ) | |
| **Defendant.** | ) | **Next Event:**   2/29/08 |
| | ) | Close of Discovery |

## JOINT MOTION FOR EXTENSION OF DEADLINES

Plaintiff Gary Lover and Co-Defendants the District of Columbia and Metropolitan

Police Department Officers Neill, Sloan, Abdalla, Hendricks and Manley, by and through

undersigned counsel, and pursuant to Fed. R. Civ. P. 6(b), hereby jointly move this Court to

extend the discovery and briefing schedule to allow the following: (1) completion of discovery

by March 31, 2008; (2) filing of dispositive motions by April 30, 2008; (3) filing of responses

thereto by May 30, 2008; and (4) filing of replies to such responses by June 6, 2008, which is

one week after the filing of responses.

In support, the parties have attached a Memorandum of Points and Authorities, along

with a proposed Order.

//

//

Dated this 22nd day of February, 2008.

        Respectfully submitted,

        Brian K. McDaniel, Esq.
        McDaniel & Assoc. PA
        1211 Connecticut Avenue N.W., Suite 506
        Washington, DC 20036

        Counsel for Plaintiff

        PETER J. NICKLES
        Interim Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        */s/ Phillip A. Lattimore, III*
        PHILLIP A. LATTIMORE, III [422968]
        Chief, General Litigation Section III

        */s/ Richard A. Latterell*
        RICHARD A. LATTERELL [502127]
        Assistant Attorney General
        441 Fourth Street, N.W., Suite 6S074
        Washington, D.C. 20001
        (202) 724-6626
        (202) 727-3625 (fax)
        Email:  richard.latterell@dc.gov

        Counsel for the District of Columbia

        Eric Glover
        Assistant Attorney General
        441 Fourth Street, NW
        Sixth Floor North
        Washington, DC 20001

        Counsel for Officers Manley and Neill

2

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **GARY LOVER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | Civil Action No: **1:06-cv-01872-HHK-AK** |
| | ) | |
| **DISTRICT OF COLUMBIA,** *et al.,* | ) | **Judge Henry H. Kennedy** |
| | ) | |
| **Defendant.** | ) | **Next Event:**  2/29/08 |
| | ) | Close of Discovery |

### MEMORANDUM IN SUPPORT OF JOINT MOTION FOR EXNTENSION OF DEADLINES

Plaintiff Gary Lover and Co-Defendants the District of Columbia and Metropolitan

Police Department Officers Neill, Sloan, Abdalla, Hendricks and Manley, by and through their

undersigned counsel, respectfully submit this memorandum in support of their joint motion for

an extension of deadlines.

### BACKGROUND

On November 2, 2006, the plaintiff filed his Complaint. In it, he named as defendants

the District of Columbia, Chief Ramsey, 2 Sergeant Neill, Sergeant Sloan, Detective Hendricks,

Officer Manley, Officer Abdalla and "other unnamed officers." *See* PACER docket report, *Lover*

*v. D.C., et al.,* 1:06-cv-01872-HHK-AK, at Docket No. 1 (D.D.C. filed Nov. 2, 2006).  On

December 18, 2006, the plaintiff filed an Amended Complaint. *See id.* at Docket No. 3.

Plaintiff alleges the Defendants performed an unlawful cavity search on him, without

probable cause, on September 2, 2006 inside his apartment building located at 225 51st Street,

NE, Washington, DC.  Am. Compl. at ¶¶ 15-16.  Generally, the Amended Complaint includes

claims of civil rights violations, assault, battery, conspiracy, negligence, false imprisonment,

respondeat superior, negligent training and supervision and intentional infliction of emotional distress.

On July 23, 2007, the Court granted in part and denied in part the District's motion to dismiss the amended complaint pursuant to Fed. R. Civ. P. 12(b)(6).  Specifically, the Court dismissed plaintiff's 42U.S.C. § 1983 claim against Chief Ramsey in his official capacity, as well as plaintiff's common law claims against him of assault, battery, conspiracy, negligence, false imprisonment, and intentional infliction of emotional distress.  The following claims survived the motion: (1) all claims against the District; (2) the individual capacity § 1983 claim against Chief Ramsey; (3) the negligent training and supervision claim against both Chief Ramsey and the District; and (4) all claims against the defendants who did not join the motion to dismiss.  *See* PACER docket report, *Lover v. D.C., et al.,* 1:06-cv-01872-HHK-AK, at Docket No. 22 (D.D.C. filed Nov. 2, 2006).

On December 5, 2007, plaintiff filed a motion for leave to file a second amended complaint.  *See* PACER docket report, *Lover v. D.C., et al.,* 1:06-cv-01872-HHK-AK, at Docket No. 26 (D.D.C. filed Nov. 2, 2006).  Specifically, plaintiff sought to join six additional plaintiffs in his proposed second amended complaint.  *See id.*  This Court heard oral argument on the motion on January 31, 2008 before Magistrate Judge Alan Kay.  The motion is still pending.

On December 27, 2007, this Court granted the parties' second consent motion for an extension of time to complete discovery.  *See* PACER docket report, *Lover v. D.C., et al.,* 1:06-cv-01872-HHK-AK, at Docket No. 29 (D.D.C. filed Nov. 2, 2006).  The parties have exchanged written discovery.  On January 17, 2008, Mr. Latterell entered his Notice of Substitution of Counsel for Defendant the District of Columbia.  Since Mr. Latterell's appearance, counsel for both parties have been in communication regarding supplementing responses to discovery requests and scheduling depositions.

## DISCUSSION

Fed. R. Civ. P. 6(b)(1) provides that the Court may enlarge a time period "for cause shown" if request is made before the expiration of the period originally prescribed or as extended by a previous order, and Rule 6(b)(2) provides that extension may be made after the expiration of the specified time period where the failure to act was the result of excusable neglect.  Fed. R. Civ. P. 6(b)(1) & (2); *see also Lujan v. Nat'l Wildlife Fed'n*, 497 U.S. 871, 896 (1990); *Hetzel v. Bethlehem Steel Corp*., 50 F.3d 360, 367 (5th Cir. 1995).

Here, Mr. Latterell recently joined the Office of the Attorney General and was not assigned the case until early January, 2008.  In addition, in the event this Court grants plaintiff's pending motion for leave to file a second amended complaint, the parties may wish to consolidate certain depositions.  Finally, the parties have agreed upon a schedule that would allow them to complete depositions by the end of March, 2008.  Accordingly, for cause shown, the parties respectfully request extensions as follows:

| | |
|---|---|
| **Close of discovery** | **March 31, 2008** |
| **Dispositive motions** | **April 30, 2008** |
| **Responses to motions** | **May 30, 2008** |
| **Replies** | **June 6, 2008** |

//

//

WHEREFORE, for the foregoing reasons, the parties respectfully request that this motion

be granted.

Dated this 22nd day of February, 2008.

Respectfully submitted,

Brian K. McDaniel, Esq.
McDaniel & Assoc. PA
1211 Connecticut Avenue N.W., Suite 506
Washington, DC 20036

Counsel for Plaintiff

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Phillip A. Lattimore, III
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Section III

/s/ Richard A. Latterell
RICHARD A. LATTERELL [502127]
Assistant Attorney General
441 Fourth Street, N.W., Suite 6S074
Washington, D.C. 20001
(202) 724-6626
(202) 727-3625 (fax)
Email:  richard.latterell@dc.gov

Counsel for the District of Columbia

Eric Glover
Assistant Attorney General
441 Fourth Street, NW
Sixth Floor North
Washington, DC 20001

Counsel for Officers Manley and Neill

6

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| GARY LOVER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No: **1:06-cv-01872-HHK-AK** |
| | ) | |
| DISTRICT OF COLUMBIA, *et al.*, | ) | **Judge Henry H. Kennedy** |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

Upon consideration of the parties' Joint Motion to Extend Deadlines, the Memorandum

in Support thereof, and the facts and law considered, it is hereby

**ORDERED:**  that the Joint Motion to Extend Deadlines is **GRANTED,**

and it is,

**FURTHER ORDERED:**  that discovery shall be completed according to the schedule

below.

| SCHEDULE | DATE |
|---|---|
| Close of Discovery: | March 31, 2008 |
| Dispositive Motions: | April 30, 2008 |
| Oppositions: | May 30, 2008 |
| Replies: | June 6, 2008 |
| Pretrial Conference: | TBD |

So ORDERED this _____ day of _____, 2008.


_____
The Honorable Henry H. Kennedy
United States District Court Judge

7

Copies to:

Richard A. Latterell
Assistant Attorney General
441 4th Street, NW,  Sixth Floor South
Washington, D.C. 20001

Eric Glover
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor North
Washington, D.C. 20001

Brian Keith McDaniel
McDaniel & Associates
1211 Connecticut Avenue, NW
Suite 506
Washington, D.C. 20036