# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GARY R. LOVER,**<br><br>    Plaintiff,<br><br>    v.<br><br>**DISTRICT OF COLUMBIA,** *et al*,<br><br>    Defendants. | Civil Action No. 06-1872 (HHK)(AK) |

## ORDER

For the reasons set forth in the Memorandum Opinion issued contemporaneously herewith, it is this 3rd day of March, 2008, hereby

**ORDERED** that Plaintiff Gary R. Lover's Motion for Leave to File Second Amended Complaint [26] is **denied**.

/s/
ALAN KAY
UNITED STATES MAGISTRATE JUDGE