**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GARY R. LOVER, | : |
|     Plaintiff, | : |
| v. | :    CV-06-1872 (HHK) |
| DISTRICT OF COLUMBIA, *et al.*, | : |
|     Defendants. | : |

**<u>NOTICE OF WITHDRAWAL OF APPEARANCE</u>**

The Clerk of said Court will please **withdraw** the appearance of Michael P. Bruckheim on behalf of the Defendants Steven Manley and Gerald Neill

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

__\s_____
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

___\s_____
MICHAEL P. BRUCKHEIM [455192]
Assistant Attorney General
441 4TH Street, NW, 6th Floor-South
Washington, D.C. 20001
202-724-6649; 202-727-6295