UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY R. LOVER | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No.: 06-1872 |
| | : Honorable Judge: Henry Kennedy |
| DISTRICT OF COLUMBIA, et al., | : |
| | : |
| Defendants. | : |

NOTICE OF DEPOSITION

Pursuant to the Federal Rules of Civil Procedure and the Rules of this Court, please take notice that on the date and time listed below, we shall on behalf of the Plaintiff, take the deposition of the Defendant, Steven Manley, for the purpose of discovery or for use as evidence in the above-entitled cause or for both purposes. This deposition will be held on Thursday, April 24, 2008 at 2:00 p.m., in the offices of the McDaniel and Associates, P.A., 1211 Connecticut Ave., NW, Suite 506, Washington, DC 20036.

Respectfully submitted,

      /s/ Brian K. McDaniel
Brian K. McDaniel, Esq. [452807]
McDaniel & Associates, P.A.
1211 Connecticut Ave. NW
Suite 506
Washington, DC  20036
(202) 331-0793
brianmac1911@aol.com

Counsel for Plaintiff

<u>CERTIFICATE OF SERVICE</u>

This is to certify that a copy of the foregoing was mailed, postage prepaid, on April 21, 2008 to:

Richard A. Latterell, Esq.
Assistant Attorney General
441 Fourth Street, NW, Suite 6S074
Washington, DC  20001

Counsel for the District of Columbia

Eric Glover, Esq.
Assistant Attorney General
441 Fourth Street, NW
Sixth Floor North
Washington, DC  20001

Counsel for Officers Manley and Neill

       /s/ Brian K. McDaniel
    Brian K. McDaniel, Esq.