## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GARY R. LOVER** : | |
|      **Plaintiff,** : | |
| : | |
|    **v.** : | |
| : | **CV 06-1872 (HHK)** |
| **DISTRICT OF COLUMBIA, et al.,** : | |
|     **Defendants.** : | |
| _____: | |

### NOTICE OF SUBSITUITON OF COUNSEL

The Clerk of the Court will please WITHDRAW the appearance of Assistant Attorney

General Richard Latterell, Office of the Attorney General, as counsel for defendants District of

Columbia, Charles H. Ramsey, Curt Sloan, Joseph Abdalla and John Hendrick in the above-

captioned matter.

The Clerk of the Court will please ENTER the appearance of Assistant Attorney General

Sarah L. Knapp, Office of the Attorney General, as counsel for these defendants.

Dated this 24th day of April, 2008.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

*/s/ Toni Michelle Jackson*
TONI MICHELLE JACKSON [453765]
Interim Chief, General Litigation Section III

*/s/ Sarah L. Knapp*
SARAH L. KNAPP [470008]
Assistant Attorney General
441 Fourth Street, N.W., 6th Floor
Washington, D.C. 20001
(202) 724- 6602
(202) 727-3625 (fax)
Email: sarah.knapp@dc.gov