UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARY R. LOVER                              :
                                           :
            Plaintiff,                     :
                                           :
v.                                         :       Civil Action No.: 06-1872
                                           :       Honorable Judge: Henry Kennedy
DISTRICT OF COLUMBIA, et al.,              :
                                           :
            Defendants.                    :

NOTICE OF DEPOSITION

Pursuant to the Federal Rules of Civil Procedure and the Rules of this Court, please take notice that on the date and time listed below, we shall on behalf of the Plaintiff, take the deposition of the Defendant, Charles Fultz, for the purpose of discovery or for use as evidence in the above-entitled cause or for both purposes. This deposition will be held on Thursday, May 8, 2008 at 12:00 p.m., in the offices of the Office of the Attorney General, 441 Forth Street NW, Sixth Floor North, Washington, DC 20001.

                            Respectfully submitted,

                                /s/ Brian K. McDaniel
                            Brian K. McDaniel, Esq. [452807]
                            McDaniel & Associates, P.A.
                            1211 Connecticut Ave. NW
                            Suite 506
                            Washington, DC  20036
                            (202) 331-0793
                            brianmac1911@aol.com

                            Counsel for Plaintiff

2

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid, on May 7, 2008 to:

Sarah L. Knapp, Esq.
Assistant Attorney General
441 Fourth Street, NW, Suite 6S074
Washington, DC  20001

Counsel for the District of Columbia

Eric Glover, Esq.
Assistant Attorney General
441 Fourth Street, NW
Sixth Floor North
Washington, DC  20001

Counsel for Officers Manley and Neill

        /s/ Brian K. McDaniel
    Brian K. McDaniel, Esq.