IN THE DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY R. LOVER : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action 06-01872 |
| : | Honorable Judge: Henry Kennedy |
| DISTRICT OF COLUMBIA, et al., : | |
| : | |
| Defendants. : | |

CERTIFICATE OF DISCOVERY

I HEREBY CERTIFY that on this 15th day of May, 2008 copies of Plaintiff's Responses to Defendant District of Columbia's Requests for Production of Documents and Supplemental Answers of Plaintiff Gary Lover to Defendant District of Columbia's First Set of Interrogatories was sent postage pre-paid to:

Sarah L. Knapp, Esq.
Assistant Attorney General
441 Fourth Street, NW, Suite 6S074
Washington, DC  20001

Counsel for the District of Columbia

Respectfully submitted,

_____/s/_____
Brian K. McDaniel, Esq.
McDaniel & Associates, P.A.
1211 Connecticut Ave. NW, Suite 506
Washington, D.C. 20036
Telephone: (202) 331 - 0793
Counsel for Plaintiff