UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY R. LOVER | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Case No.: **06CV01872** |
| | : Judge: Henry H. Kennedy |
| DISTRICT OF COLUMBIA, et. al. | : |
| | : |
| Defendants. | : |

PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF DEADLINES

Plaintiff Gary Lover and Co-Defendants the District of Columbia and MPD Officers Neill, Sloan, Abdalla, Hendricks and Manley, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 6(b), hereby jointly move this Court to extend the discovery and briefing schedule to allow the following: (1) completion of discovery by June 30, 2008; (2) filing of dispositive motions by July 30, 2008; (3) filing of responses thereto by August 30, 2008; and (4) filing of replies to such responses by September 5, 2008. As reasons therefore these parties represent as follows:

1. Under the current Scheduling Order, discovery closes on May 15, 2008. See Court Docket Entry #37.

2. Undersigned counsel for the plaintiff has been involved in preparation for and the trial of a three co-defendant murder trial which along with the unavailability of certain police officer deponents, has compromised the ability to complete discovery in this matter. On April 30, 2008 counsel began a projected four week trial in the <u>United States v. Cotey Wynn et al.</u>, Case No. 2005FEL-4217 before the Honorable Judge Alprin of the Superior Court.

3.	Plaintiff has answered the bulk of defendants written discovery requests and have agreed to schedule additional depositions with certain named defendants should this request be granted. Due to the schedule conflicts outlined hereinabove an extension of the discovery deadline in this matter to July 4, 2008 is warranted.

4.	Fed. R. Civ. P. 6(b)(1) provides that: "When by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion with or without a motion or notice order the period enlarged if request therefore is made before the expiration of the period originally prescribed or as extended by a previous order.

5.	This motion satisfies the requirements of Rule 6(b)(1), because it is being filed prior to the prescribed deadline for the close of discovery, and is for cause shown.

6.	Plaintiff respectfully requests that the Scheduling Order be modified as follows:

| | |
|---|---|
| Discovery Closed | 6/30/08 |
| Deadline for Filing Motions | 7/30/08 |
| Oppositions due | 8/30/08 |
| Replies due | 9/5/08 |

7.	No party will be prejudiced by the granting of this Motion. In fact, all parties consent to the relief herein sought, with the Defendant District of Columbia consenting to the extension for the sole purpose of completing the depositions of Officer Fultz, Sergeant Neill and Chief Charles Ramsey.

WHEREFORE, for the reasons stated herein, and pursuant to F.R.C.P. 6(b), Plaintiff requests an extension of discovery until June 30, 2008.

Respectfully submitted,

      /s/ Brian K. McDaniel
Brian K. McDaniel, Esq. [452807]
McDaniel & Associates, P.A.
1211 Connecticut Ave. NW
Suite 506
Washington, DC  20036
(202) 331-0793
brianmac1911@aol.com

Counsel for Plaintiff


Sarah L. Knapp, Esq.
Assistant Attorney General
441 Fourth Street, NW, Suite 6S074
Washington, DC  20001

Counsel for the District of Columbia


Eric Glover, Esq.
Assistant Attorney General
441 Fourth Street, NW
Sixth Floor North
Washington, DC  20001

Counsel for Officers Manley and Neill

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GARY R. LOVER | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No.: **06CV01872** |
| | : | Judge: Henry H. Kennedy |
| DISTRICT OF COLUMBIA, et. al. | : | |
| | : | |
| Defendants. | : | |

### MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF DEADLINES

In support of his Consent Motion for Extension of Deadlines, Plaintiff submits his memorandum of points and authorities, as follows:

1. Federal Rules of Civil Procedure, Rule 6(b)(1).

2. The parties consent.

3. The record herein.

4. The Court's equitable powers.

Respectfully submitted,

/s/ Brian K. McDaniel
Brian K. McDaniel, Esq. [452807]
McDaniel & Associates, P.A.
1211 Connecticut Ave. NW
Suite 506
Washington, DC 20036
(202) 331-0793
brianmac1911@aol.com

Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARY R. LOVER                              :
                                           :
                    Plaintiff,             :
                                           :
v.                                         :     Case No.: **06CV01872**
                                           :     Judge:  Henry H. Kennedy
DISTRICT OF COLUMBIA, et. al.              :
                                           :
                    Defendants.            :

ORDER

This matter, having come before the Court on Plaintiff's Consent Motion for Extension of Deadlines, his supporting Memorandum of Points and Authorities, and the entire record, herein, it is, this _____ day of _____, 2008,

ORDERED, that the said motion be, and hereby is, GRANTED for the reasons set forth in the Plaintiff's motion, and it is,

FUTHER ORDERED, that the current Scheduling Order is modified as follows:

| | |
|---|---|
| Discovery Closed | 6/30/08 |
| Deadline for Filing Motions | 7/30/08 |
| Oppositions due | 8/30/08 |
| Replies due | 9/5/08 |

So ORDERED this _____ day of _____, 2008.

_____
The Honorable Henry H. Kennedy, Jr.
United States District Court for the District of Columbia