# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

GARY R. LOVER,

Plaintiff,

v.

DISTRICT OF COLUMBIA, et al.,

Defendants.

Civil Action 06-01872 (HHK) (DAR)

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE DEBORAH A. ROBINSON

It is this 16th day of May 2008, hereby,

**ORDERED** that the motion entitled DEFENDANTS' MOTION TO COMPEL

PLAINTIFF'S DISCOVERY RESPONSES [#41], docketed May 14, 2008, is referred to United

States Magistrate Judge Deborah A. Robinson for her determination pursuant to LCvR 72.2 (a).

Any other discovery disputes that may arise are also referred to Magistrate Judge Robinson.

Henceforth, and until this referral is terminated, all filings in this case related to the above-

captioned motion and any other discovery disputes shall include the initials of the assigned

Magistrate Judge, "DAR," in the caption next to the initials of the undersigned judge.  See LCvR

5.1(f).

Henry H. Kennedy, Jr.
United States District Judge