UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY R. LOVER | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No.: 06-1872 |
| | : Honorable Judge: Henry Kennedy |
| DISTRICT OF COLUMBIA, et al., | : |
| | : |
| Defendants. | : |

MOTION TO FILE PLAINTIFF'S RULE 26(b)(4) EXPERT NOTICE OUT OF TIME

Comes now Plaintiff, Gary R. Lover, through undersigned counsel, and moves this Honorable Court to allow for the filing of the Plaintiff's Rule 26(b)(4) expert witness notice out of time and for reasons states as follows:

1. Plaintiff has recently discovered that his Rule 26(b)(4) expert notice in this matter has not been filed.

2. However, defendants do have notice of the expert witness Plaintiff intends to call as Plaintiff noted the expert in his answers to Defendant's interrogatories, and Plaintiff does not intend to note any additional experts not already noted in interrogatories in his 26(b)(4) expert notice.

3. On May 15, 2008, Plaintiff filed a consent motion for extension of discovery deadlines to complete the depositions of certain police officer deponents and Chief Charles Ramsey due to scheduling conflicts of the deponents and undersigned counsel for the plaintiff. Defendant District of Columbia consented to this extension for the sole purpose of completing the depositions of Officer Fultz, Sergeant Neill and Chief Ramsey.

    4.       If this extension is granted, the additional forty-five (45) days would provide ample time for Plaintiff's expert to be deposed.

    5.       No party will be prejudiced by the granting of this motion. The Defendants have notice of the expert the Plaintiff intends to note. Moreover, no scheduling conference or trial date has been set in this matter, so no undue delay would result from the granting of this motion.

    WHEREFORE, for the reasons stated herein, Plaintiff requests this Honorable Court to allow for the filing of the Plaintiff's Rule 26(b)(4) Expert Witness Notice Out of Time.

Respectfully submitted,

/s/ Brian K. McDaniel
Brian K. McDaniel, Esq. [452807]
McDaniel & Associates, P.A.
1211 Connecticut Ave. NW
Suite 506
Washington, DC 20036
(202) 331-0793
brianmac1911@aol.com

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid, on May 15, 2008 to:

Sarah L. Knapp, Esq.
Assistant Attorney General
441 Fourth Street, NW, Suite 6S074
Washington, DC 20001

Counsel for the District of Columbia

Eric Glover, Esq.
Assistant Attorney General
441 Fourth Street, NW
Sixth Floor North
Washington, DC  20001

Counsel for Officers Manley and Neill

       /s/ Brian K. McDaniel
Brian K. McDaniel, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARY R. LOVER                     :
                                  :
        Plaintiff,                :
                                  :
v.                                :    Case No.: **06CV01872**
                                  :    Judge:  Henry H. Kennedy
DISTRICT OF COLUMBIA, et. al.     :
                                  :
        Defendants.               :

## ORDER

This matter, having come before the Court on Plaintiff's Motion to File Plaintiff's 26(b)(4) Expert Notice Out of Time, and the entire record, herein, it is, this _____ day of _____, 2008,

ORDERED, that the said motion be, and hereby is, GRANTED for the reasons set forth in the Plaintiff's motion.

So ORDERED this _____ day of _____, 2008.


_____
The Honorable Henry H. Kennedy, Jr.
United States District Court for the District of Columbia

4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY R. LOVER : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No.: **06CV01872** |
| : | Judge: Henry H. Kennedy |
| DISTRICT OF COLUMBIA, et. al. : | |
| : | |
| Defendants. : | |

PLAINTIFFS' RULE 26(b)(4) EXPERT NOTICE (OUT OF TIME)

Comes now Plaintiff, Gary R. Lover, by and through his counsel, Brian K. McDaniel and McDaniel and Associates, P.A., and pursuant to the rules of Civil Procedure outlined by this court, hereby noting the following expert witness that may be called at trial:

> Robert W. Klotz
> 3210 Havenwood Court
> Edgewater, Maryland 21037

Mr. Klotz will testify that the procedure employed by the defendant officers was not in compliance with the general orders or general police procedure of the Metropolitan Police Department and that based upon their actions, the defendant officers had not been properly trained.

Respectfully submitted,

 /s/ Brian K. McDaniel
Brian K. McDaniel, Esq. [452807]
McDaniel & Associates, P.A.
1211 Connecticut Ave. NW
Suite 506
Washington, DC  20036
(202) 331-0793

brianmac1911@aol.com

Counsel for Plaintiff

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid, on May 15, 2008 to:

Sarah L. Knapp, Esq.
Assistant Attorney General
441 Fourth Street, NW, Suite 6S074
Washington, DC  20001

Counsel for the District of Columbia

Eric Glover, Esq.
Assistant Attorney General
441 Fourth Street, NW
Sixth Floor North
Washington, DC  20001

Counsel for Officers Manley and Neill

/s/ Brian K. McDaniel
Brian K. McDaniel, Esq.
