REFERRAL TO MAGISTRATE JUDGE

Co 299 (Revised-DC 03/00)

CATEGORY: TYPE-L

| CAUSE OF ACTION: | 42:1983 Civil Rights Act | | | |
|---|---|---|---|---|
| CASE NO:<br>06 CV 1872 | DATE REFERRED:<br>MAY 16, 2008<br><br>DISPOSITION DATE: | PURPOSE:<br>REFERRAL OF MOTION (DOC #41 - MOTION TO COMPEL) | JUDGE:<br>HENRY H. KENNEDY, JR. | MAG. JUDGE<br>DEBORAH A. ROBINSON |
| PLAINTIFF(S):<br>GARY R. LOVER | | DEFENDANT(S):<br>DISTRICT OF COLUMBIA, ET AL. | | |
| ENTRIES: | | | | |