UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GARY R. LOVER, | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | CV-06-1872 (HHK) |
| DISTRICT OF COLUMBIA, *et al.*, | : | |
| Defendants. | : | |

**DEFENDANTS DISTRICT OF COLUMBIA AND METROPOLITAN POLICE DEPARTMENT OFFICERS SLOAN ABDALLA, HENDRICKS, MANLEY AND SERGEANT NEILL'S JOINT MOTION TO STRIKE PLAINTIFF'S RULE 26(a)(2) STATEMENT**

Defendants District of Columbia and Metropolitan Police Department Officers Sloan Abdalla, Hendricks, Manley and Sergeant Neill ("hereinafter the defendants"), by and through undersigned counsel and pursuant to F.R.C.P. 26(a)(2), as well as F.R.E. 403, 701, 702, and 704, respectfully move this Honorable Court to strike the plaintiff's Rule 26(a)(2)[1] Statement designating Robert W Klotz as an expert in the above-captioned lawsuit.

A Memorandum of Points and Authorities in support of this Motion, along with a proposed Order, is attached hereto.

Pursuant to LCvR 7.1(m), undersigned counsel contacted plaintiff's counsel with regard to this Motion. Plaintiff's counsel, Craig Ricard, indicated that his client would not consent to this motion.

Respectfully submitted,

---

[1] Plaintiff incorrectly refers to Rule 26(a)(2) Statement as Rule 26(b)(4) Statement. It will be referred to as the Rule 26(a)(2) statement throughout this motion.

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

    /s/ Patricia A. Jones
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

/s/ Toni Michelle Jackson
TONI MICHELLE JACKSON [453765]
Interim Chief, General Litigation Section III

    /s/ Eric S. Glover
ERIC S. GLOVER [978841]
Assistant Attorney General
441 Fourth Street, N.W. Suite 6N04
Washington, D.C. 20001
(202) 442-9754; (202) 724-6295

/s/ Sarah L. Knapp
SARAH L. KNAPP [470008]
Assistant Attorney General
441 Fourth Street, N.W., 6th Floor
Washington, D.C. 20001
(202) 724-6528 (office)
(202) 727-3625 (fax)
Email:  sarah.knapp@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY R. LOVER, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | CV-06-1872 (HHK) |
| DISTRICT OF COLUMBIA, *et al.*, : | |
| : | |
| Defendants. : | |
| _____: | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANTS' JOINT MOTION TO STRIKE PLAINTIFF'S RULE 26(a)(2)
STATEMENT**

The defendants by and through undersigned counsel and pursuant to F.R.C.P. 26(a)(2), as well as F.R.E. 403, 701, 702, and 704, respectfully move this Honorable Court to strike the plaintiff's Rule 26(a)(2) Statement designating Robert W. Klotz as an expert in the above-captioned lawsuit.

*Background*

This case involves allegations that the moving defendants as well as other Metropolitan Police Department employees assaulted, battered, falsely imprisoned and violated the Civil Rights of the plaintiff. *See* Complaint, generally. Specifically, the plaintiff alleges that the defendants performed an illegal body cavity search upon the plaintiff. *See* Complaint at ¶ 15-23.

On or about May 16, 2008, the plaintiff moved to file a Rule 26(a)(2) Statement out of time.[2] *See* Court's Docket at No. 45. Attached to his motion was a copy of his Rule 26(a)(2)

---

[2] While the plaintiff's motion indicated that he was moving out of time, the on the same day the he filed his motion, the Court had enlarged time for discovery.

1

statement designating Robert W. Klotz as plaintiff's expert. *See* id. Specifically, according to the Rule 26(a)(2) Statement Mr. Klotz would testify that:

> the procedure employed by the defendant officers was not in compliance with the general orders or general police procedure of the Metropolitan Police Department and that based upon their actions, the defendant officers had not been properly trained. *See* id.

*Argument*

I. **THE PLAINTIFF'S RULE 26(a)(2) STATEMENT SHOULD BE STRICKEN, BECAUSE THE PLAINTIFF HAS NOT COMPLIED WITH THE REQUIREMENTS OF RULE 26(a)(2).**

The plaintiff's Rule 26(a)(2) Statement should be stricken because he has failed to comply with the minimal requirements of the applicable Rule. Pursuant to F.R.C.P. 26(a)(2), a statement designating an expert witness must:

> be accompanied by a written report prepared and signed by the witness. The report shall contain a complete statement of all opinions to be expressed and the basis and reasons therefor; the data or other information considered by the witness in forming the opinions; any exhibits to be used as a summary of or support for the opinions; the qualifications of the witness, including a list of all publications authored by the witness within the preceding ten years; the compensation to be paid for the study and testimony; and a listing of any other cases in which the witness has testified as an expert at trial or by deposition within the preceding four years.

Here, the plaintiff's Rule 26(a)(2) Statement contains none of this required information. The only information the Statement provides about Mr. Klotz is what he would to opine at trial. *Id.* Notably absent from the Statement are any reports written and signed by Mr. Klotz and any information regarding Mr. Klotz's experience, qualifications, publications, or expert testimony history.

WHEREFORE, for the foregoing reasons, the defendants moves this Honorable Court to strike the plaintiff's Rule 26(a)(2) Statement from the record.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

     /s/ Patricia A. Jones
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

 /s/ Toni Michelle Jackson
TONI MICHELLE JACKSON [453765]
Interim Chief, General Litigation Section III

     /s/ Eric S. Glover
ERIC S. GLOVER [978841]
Assistant Attorney General
441 Fourth Street, N.W. Suite 6N04
Washington, D.C. 20001
(202) 442-9754; (202) 724-6295

 /s/ Sarah L. Knapp
SARAH L. KNAPP [470008]
Assistant Attorney General
441 Fourth Street, N.W., 6th Floor
Washington, D.C. 20001
(202) 724-6528 (office)
(202) 727-3625 (fax)
Email:  sarah.knapp@dc.gov

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY R. LOVER, | : |
| Plaintiff, | : |
| v. | : |
| | : CV-06-1872 (HHK) |
| DISTRICT OF COLUMBIA, *et al.*, | : |
| Defendants. | : |

**O R D E R**

Upon consideration of the defendants District of Columbia and Metropolitan Police Department Officers Sloan, Abdalla , Hendricks, Manley and Sergeant Neill's Joint Motion to Strike Plaintiff's Rule 26(a)(2) S Statement, the Memorandum of Points and Authorities attached in support thereof, any opposition thereto, and the entire record herein, it is on this ____ day of _____, 2008, that the Court hereby:

ORDERS that the Motion is GRANTED;

and it further,

ORDERED that the Plaintiff's Rule 26(a)(2) Statement is hereby STRICKEN from the record in this case.

_____
The Honorable Judge Henry Kennedy
United States District Court for the District of Columbia

Cc:   ERIC S. GLOVER [978841]
      Assistant Attorney General
      441 Fourth Street, N.W. Suite 6N04
      Washington, D.C. 20001

      SARAH L. KNAPP [470008]
      Assistant Attorney General
      441 Fourth Street, N.W., 6th Floor

1

Washington, D.C. 20001

BRIAN K. MCDANIEL
CRAIG RICARD
McDaniel & Associates
1211 Connecticut Avenue, N.W.
Suite 506
Washington, D.C. 20036

2