UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY R. LOVER : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No.: **06CV01872** |
| : | Judge: Henry H. Kennedy |
| DISTRICT OF COLUMBIA, et. al. : | |
| : | |
| Defendants. : | |

MOTION TO CONTINUE HEARING DATE

NOW COMES THE PLAINTIFF, Mr. Gary R. Lover, by and through his counsel Brian K. McDaniel and McDaniel & Associates, P.A., in requesting that this court continue the June 9, 2008 motion hearing. The plaintiff proffers the following in support of his request:

1. This matter arises out of a Motion to Compel Plaintiff's discovery responses by Hendricks, District of Columbia, Charles H. Ramsey, Sloan, Abdalla. (See Docket Entry 46.)

2. The matter is currently scheduled for a motion hearing on June 9, 2008.

3. Counsel for the Plaintiff is currently involved in a three co-defendant, first-degree murder trial in the Superior Court of the District of Columbia before the Honorable Judge J. Alprin (<u>United States of America v. Cotey Wynn, Rodney Bennett, and Josua Ross</u>, Crim. Nos. 2005FEL4217, 2006CF1 26693 and 2006 CF1 26708) and will not be available for the June 9, 2008 hearing date. The court sits in this case Monday thru Thursday leaving counsel for the plaintiff available on Friday.

4. Plaintiff has provided the bulk of the discovery request and intends to comply fully with the moving party's discovery requests when he is in possession of the requested information, which will make the motion to compel moot.

5. Plaintiff, therefore, respectfully requests the motion hearing be continued until Friday, June 13, 2008.

Respectfully submitted,

/s/ Brian K. McDaniel
Brian K. McDaniel, Esq. [452807]
McDaniel & Associates, P.A.
1211 Connecticut Ave. NW
Suite 506
Washington, DC  20036
(202) 331-0793
brianmac1911@aol.com

Counsel for Plaintiff

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid, on June 2, 2008 to:

Sarah L. Knapp, Esq.
Assistant Attorney General
441 Fourth Street, NW, Suite 6S074
Washington, DC  20001

Counsel for the District of Columbia

Eric Glover, Esq.
Assistant Attorney General
441 Fourth Street, NW

2

Sixth Floor North
Washington, DC 20001

Counsel for Officers Manley and Neill

                                                   /s/ Brian K. McDaniel
                                                Brian K. McDaniel, Esq.

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARY R. LOVER                   :
                                :
        Plaintiff,              :
                                :
v.                              :     Case No.: **06CV01872**
                                :     Judge:  Henry H. Kennedy
DISTRICT OF COLUMBIA, et. al.   :
                                :
        Defendants.             :

### ORDER

This matter, having come before the Court on Plaintiff's Motion to Continue Hearing Date and the entire record, herein, it is, this _____ day of

_____, 2008,

ORDERED, that the said motion be, and hereby is, GRANTED for the reasons set forth in the Plaintiff's motion, and it is,

FUTHER ORDERED, that the motion hearing be set for Friday, June 13, 2008.

So ORDERED this _____ day of _____, 2008.


_____
The Honorable Judge of the
United States District Court for the District of Columbia

4