# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GARY R. LOVER**           : | |
|     **Plaintiff,**          : | |
|                                       : | |
| v.                                 : | |
|                                       : | CV 06-1872 (HHK) |
| **DISTRICT OF COLUMBIA, et al.,**  : | |
|     **Defendants.**         : | |
| _____: | |

## NOTICE OF APPEARANCE OF COUNSEL

The Clerk of the Court will please ENTER the appearance of Toni Jackson, Office of the Attorney General, as additional counsel for defendants District of Columbia, Charles H. Ramsey, Curt Sloan, Joseph Abdalla and John Hendrick in the above-captioned matter

Dated this 13th day of June, 2008.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

*/s/ Toni Michelle Jackson*
TONI MICHELLE JACKSON [453765]
Interim Chief, General Litigation Section III
441 Fourth Street, N.W., 6th Floor
Washington, D.C. 20001
(202) 724- 6602
(202) 727-3625 (fax)
Email:  toni.jackson@dc.gov

/s/ Sarah L. Knapp
SARAH L. KNAPP [470008]
Assistant Attorney General
441 Fourth Street, N.W., 6th Floor
Washington, D.C. 20001
(202) 724- 6528
(202) 727-3625 (fax)
Email:  sarah.knapp@dc.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of June 2008, I caused the foregoing NOTICE OF APPEARANCE OF COUNSEL with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Brian K. McDaniel
Counsel for Plaintiff

Eric Glover
Counsel for Defendants Manley and Neill

/s/
SARAH L. KNAPP
Assistant Attorney General