UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY R. LOVER<br>    Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, et al.,<br>    Defendants. | :<br>:<br>:<br>:<br>:   CV 06-1872 (HHK)<br>:<br>:<br>: |

**DEFENDANTS' CONSENT MOTION TO AMEND MINUTE ENTRY**

Defendants District of Columbia, Chief Charles Ramsey and Metropolitan Police Department Officers Sloan, Abdalla and Hendricks, by and through undersigned counsel, respectfully move this Court to amend its minute entry dated June 13, 2008 to reflect that plaintiff must provide his Rule 26(a)(2) statement, a proposed date for his expert's deposition and supplemental responses to individual defendant's discovery requests on or before June 27, 2008. As noted in the memorandum of points and authorities, this interim deadline was approved by Magistrate Judge Robinson during a hearing held on June 13, 2008.

Pursuant to Local Rule 7(m), undersigned counsel has spoken with counsel for plaintiff and counsel for co-defendants, both of whom agree to the relief requested herein.

WHEREFORE, moving defendants request that this Court grant this consent motion and amend its minute entry dated June 13, 2008 to include a deadline of June 27, 2008 for plaintiff to file a proper Rule 26(a)(2) statement and to provide a proposed date for a deposition of his expert witness.

Dated: June 25, 2008

                                          Respectfully submitted,

                                          PETER J. NICKLES
                                          Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

*/s/ Toni Michelle Jackson*
TONI MICHELLE JACKSON [453765]
Chief, General Litigation Section III

*/s/ Sarah L. Knapp*
SARAH L. KNAPP [470008]
Assistant Attorney General
441 Fourth Street, N.W., 6th Floor
Washington, D.C. 20001
(202) 724- 6528
(202) 727-3625 (fax)
Email: sarah.knapp@dc.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of June 2008, I caused the foregoing DEFENDANTS' MOTION TO AMEND MINUTE ENTRY with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Brian K. McDaniel
Counsel for Plaintiff

Eric Glover
Counsel for Co-defendants

/s/
SARAH L. KNAPP
Assistant Attorney General

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **GARY R. LOVER** : | |
|     **Plaintiff,** : | |
| : | |
| **v.** : | |
| : | **CV 06-1872 (HHK)** |
| **DISTRICT OF COLUMBIA, et al.,** : | |
|     **Defendants.** : | |
| _____ : | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF**
**DEFENDANTS' CONSENT MOTION TO AMEND MINUTE ENTRY**

Defendants District of Columbia, Chief Charles Ramsey and Metropolitan Police Department Officers Sloan, Abdalla and Hendricks, by and through undersigned counsel, respectfully move this Court to amend its minute entry dated June 13, 2008 to reflect that plaintiff must provide his Rule 26(a)(2) statement, a proposed date for his expert's deposition and supplemental responses to individual defendant's discovery requests on or before June 27, 2008. In support, defendants state as follows:

1. On June 13, 2008, Magistrate Judge Robinson held a hearing on Defendants' Motion to Compel and Motion to Strike Plaintiff's Rule 26(a)(2) statement which was attended by counsel for all parties.

2. At that hearing, plaintiff's counsel agreed and represented to the Court that he would provide an expert report and a proposed expert deposition date to defendants on or before June 27, 2008.

3. Based on this representation, defendants agreed to the extended discovery schedule set out in Magistrate Judge Robinson's minute entry dated June 13, 2008.

4. Later that day, this Court held a status conference and set a schedule based on Magistrate Judge Robinson's prior entry.

5. The minute entry adopting this new schedule does not reflect that plaintiff must provide expert witness information and supplemental responses to individual defendant's discovery requests on or before June 27, 2008.

6. The parties are in agreement that the minute order should be modified to reflect this interim deadline.

WHEREFORE, moving defendants request that this Court grant this consent motion and amend its minute entry dated June 13, 2008 to include a deadline of June 27, 2008 for plaintiff to file a proper Rule 26(a)(2) statement and to provide a proposed date for a deposition of his expert witness.

Dated: June 25, 2008

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

*/s/ Toni Michelle Jackson*
TONI MICHELLE JACKSON [453765]
Chief, General Litigation Section III

*/s/ Sarah L. Knapp*
SARAH L. KNAPP [470008]
Assistant Attorney General
441 Fourth Street, N.W., 6th Floor
Washington, D.C. 20001
(202) 724- 6528
(202) 727-3625 (fax)
Email: sarah.knapp@dc.gov

2

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GARY R. LOVER**     : | |
|     **Plaintiff,**     : | |
|                   : | |
|     v.     : | |
|                   : | CV 06-1872 (HHK) |
| **DISTRICT OF COLUMBIA, et al.,**     : | |
|     **Defendants.**     : | |

### ORDER

Upon consideration of DEFENDANTS' CONSENT MOTION TO AMEND MINUTE ENTRY, the Memorandum of Points and Authorities in Support thereof, and the entire record herein, it is this _____ day of _____, 2008,

ORDERED, that DEFENDANTS' CONSENT MOTION TO AMEND MINUTE ENTRY is hereby GRANTED; and it is,

FURTHER ORDERED, that plaintiff has until June 27, 2008 to file a proper Rule 26(a)(2) statement, provide a proposed date for a deposition of his expert witness and provide supplemental responses to the individual defendant's discovery requests.

_____
JUDGE HENRY H. KENNEDY
U.S. DISTRICT COURT JUDGE