UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GARY R. LOVER | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No.: 06-1872 |
| | : | Honorable Judge: Henry Kennedy |
| DISTRICT OF COLUMBIA, et al., | : | |
| | : | |
| Defendants. | : | |

NOTICE OF DEPOSITION

Pursuant to the Federal Rules of Civil Procedure and the Rules of this Court, please take notice that on the date and time listed below, we shall on behalf of the Plaintiff, take the deposition of the Defendant, Officer Charles Fultz, for the purpose of discovery or for use as evidence in the above-entitled cause or for both purposes. This deposition will be held on Wednesday, July 16, 2008 at 10 a.m., in the Offices of the Attorney General at 441 Fourth Street, NW, Washington, DC 20001.

Respectfully submitted,

　　　/s/ Brian K. McDaniel
Brian K. McDaniel, Esq. [452807]
McDaniel & Associates, P.A.
1211 Connecticut Ave. NW
Suite 506
Washington, DC  20036
(202) 331-0793
brianmac1911@aol.com

Counsel for Plaintiff