**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GARY R. LOVER, | : |
| Plaintiff, | : |
| v. | : |
| | : CV-06-1872 (HHK) |
| DISTRICT OF COLUMBIA, *et al.*, | : |
| Defendants. | : |

**DEFENDANTS DISTRICT OF COLUMBIA, RAMSEY, SLOAN, ABDALLA, HENDRICKS, MANLEY AND NEILL'S JOINT CONSENT MOTION TO ENLARGE THE TIME FOR EXPERT DISCOVERY**

Defendants District of Columbia, Chief Charles Ramsey, Sergeant Curt Sloan, Officer Joseph Abdalla, Detective John Hendricks, Detective Steven Manley and Gerald Neill (hereinafter "the defendants"), by and through counsel, hereby move the Court, pursuant to Fed. R. Civ. P. 6(b)(1) to enlarge the time for expert discovery in this litigation. As reasons therefore, the defendants direct this Court to the attached memorandum of points and authorities.

Respectfully submitted,

PETER J. NICKLES
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Patricia A. Jones
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

/s/ Toni Michelle Jackson
TONI MICHELLE JACKSON [453765]
Chief, General Litigation Section III

      /s/ Eric S. Glover_____
ERIC S. GLOVER [978841]
Assistant Attorney General
441 Fourth Street, N.W. Suite 6N04
Washington, D.C. 20001
(202) 442-9754; (202) 727-6295
(202) 724-6295 (fax)


      */s/ Sarah L. Knapp*_____
SARAH L. KNAPP [470008]
Assistant Attorney General
441 Fourth Street, N.W., 6th Floor
Washington, D.C. 20001
(202) 724-6528 (office)
(202) 727-3625 (fax)
Email:  sarah.knapp@dc.gov


### **7(m) CERTIFICATION**

I hereby certify that on July 22, 2008, the undersigned contacted Brian McDaniel, Esq., plaintiff's counsel, regarding the herein requested relief.  He has consented to an enlargement of time for discovery.


      _____Eric S. Glover_____
Eric S. Glover
Assistant Attorney General, D.C.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GARY R. LOVER, | : |
| Plaintiff, | : |
| v. | : |
| | : CV-06-1872 (HHK) |
| DISTRICT OF COLUMBIA, *et al.*, | : |
| Defendants. | : |

**DEFENDANTS' JOINT MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION TO ENLARGE THE TIME FOR EXPERT DISCOVERY**

Defendants by and through counsel, hereby move the Court, pursuant to Fed. R. Civ. P. 6(b)(1), to enlarge the time for expert discovery in this matter. As reasons therefore, these defendants state as follows:

**Preliminary Statement**

This case involves allegations that the moving defendants as well as other Metropolitan Police Department employees assaulted, battered, falsely imprisoned and violated the Civil Rights of the plaintiff. *See* Complaint, generally. Specifically, the plaintiff alleges that the defendants performed an illegal body cavity search upon the plaintiff. *See* Complaint at ¶ 15-23. Plaintiff seeks to hold the defendants liable for the alleged constitutional violations pursuant to 42 U.S.C. § 1983, and for assault, battery, and false imprisonment.

Discovery in this case closes on July 31, 2008. However, the defendants have not yet deposed plaintiff's expert witness, or designated their own experts. Additional time is needed to do so.

**Argument**

A.  Standard for Ruling on Motion to Enlarge Pursuant to Fed. Civ. R. 6.

Fed. R. Civ. P. 6(b)(1) provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires…."

B.  The Court Should Enlarge The Time For Expert Discovery, Including the Designation of Defendants' Expert Witnesses

On or about June 16, 2008, the parties in this action appeared before the Court for a Status Conference. As a result of said Status Conference, the Court enlarged the time for discovery, and directed the plaintiff's counsel to provide the individually named defendants with a supplemental response to their discovery demands. Specifically, plaintiff was instructed to provide an updated 26(a)(2) statement and supplemental responses to the defendants Manley and Neill's Interrogatory requests. Lastly, plaintiff was instructed to provide the defendants with deposition dates for his expert designee by June 27, 2008. On June 23, 2008, plaintiff's counsel provided the defendants with an updated version of his client's 26(a)(2) statement. However, plaintiff did not provide the defendants with any proposed deposition dates for his expert until July 7, 2008.

Plaintiff initially offered only a telephone deposition of his expert designee for July 23 or July 28, 2008. This was unacceptable to the defendants as they needed to conduct an in person deposition of plaintiff's expert designee. On July 11, 2008, the plaintiff recommended an in-person deposition of his expert designee for July 28, 2008. However, undersigned counsel was scheduled to commence trial on July 28, 2008. Since discovery closes on August 31, 2008, the defendants do not have sufficient time to

2

depose plaintiff's expert prior to the close of discovery. Moreover, because these defendants do not have the benefit of plaintiff's expert's deposition, they are unable to adequately assess their own need to designate an expert witness in this case. Therefore, all defendants, including the District, need additional time for expert designations.

This motion is being filed prior to the expiration of the prescribed period, and otherwise meets the requirements of Rule 6(b)(1). No party will be unduly prejudiced as all parties consent to an enlargement of expert discovery.

The defendants request that the following schedule govern the remainder of this litigation:

| | |
|---|---|
| Deadline for Deposing Plaintiff's Expert: | August 22, 2008 |
| Deadline for Defendants' to file 26(a)(2) Statement(s) | October 22, 2008[1] |
| Deadline for Deposing Defendant' Expert: | November 22, 2008 |
| Discovery Close Date | November 22, 2008 |
| Deadline for Filing Dispostive Motions: | December 15, 2008 |
| Deadline for Filing Oppositions | January 15, 2009 |
| Replies due | January 30, 2009 |
| Pre-Trial | March 27, 2009 |

WHEREFORE, the defendants seek an order to enlarge the time for expert discovery in this action.

                        Respectfully submitted,

                        PETER J. NICKLES
                        Acting Attorney General for the District of Columbia

---

[1] October 1, 2008, marks the beginning of the new fiscal period. Therefore, in order to satisfy the Anti-deficiency Act, a new purchase order request must be made by the District's counsel and approved for any work performed after that date. In order to avoid having to move the Court for an additional enlargement of time should funds not be available during this fiscal period to designate an expert, these defendants request sufficient time to allow for proper expert designation.

3

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

 /s/ *Patricia A. Jones*
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

*/s/ Toni Michelle Jackson*
TONI MICHELLE JACKSON [453765]
Chief, General Litigation Section III


*/s/ Eric S. Glover*
ERIC S. GLOVER [978841]
Assistant Attorney General
441 Fourth Street, N.W. Suite 6N04
Washington, D.C. 20001
(202) 442-9754; (202) 727-6295
(202) 724-6295 (fax)

*/s/ Sarah L. Knapp*
SARAH L. KNAPP [470008]
Assistant Attorney General
441 Fourth Street, N.W., 6th Floor
Washington, D.C. 20001
(202) 724-6528 (office)
(202) 727-3625 (fax)
Email: sarah.knapp@dc.gov

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| GARY R. LOVER, | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | CV-06-1872 (HHK) |
| DISTRICT OF COLUMBIA, *et al.*, | : | |
| Defendants. | : | |

**ORDER**

Defendants District of Columbia, Chief Charles Ramsey, Sergeant Curt Sloan, Officer Joseph Abdalla, Detective John Hendricks, Detective Steven Manley and Gerald Neill's Joint Consent Motion to Enlarge the Time for Expert Discovery, and the record herein, it is by the Court this ___ day of _____, 2008,

**ORDERED**:  that Defendants' Motion to Enlarge the Time for Expert Discovery is GRANTED; and it is,

**FURTHER ORDERED**:  that the following schedule shall govern the remainder of this litigation:

| | |
|---|---|
| Deadline for Deposing Plaintiff's Expert: | August 22, 2008 |
| Deadline for Defendants' to file 26(a)(2) Statement(s) | October 22, 2008 |
| Deadline for Deposing Defendant' Expert: | November 22, 2008 |
| Discovery Close Date | November 22, 2008 |
| Deadline for Filing Dispostive Motions: | December 15, 2008 |
| Deadline for Filing Oppositions | January 15, 2009 |
| Replies due | January 30, 2009 |

2

Pre-Trial: March 27, 2009

_____
JUDGE,
United States District Court for the District of Columbia