UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GARY R. LOVER | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No.: **06CV01872** |
| | : | Judge:  Henry H. Kennedy |
| DISTRICT OF COLUMBIA, et. al. | : | |
| | : | |
| Defendants. | : | |

PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF DEADLINES

Plaintiff Gary Lover and Co-Defendants the District of Columbia and MPD Officers Neill, Sloan, Abdalla, Hendricks and Manley, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 6(b), hereby jointly move this Court to extend the discovery and briefing schedule to allow the following:  (1) deposition of the plaintiff's expert witness by the defendants.  As reasons therefore these parties represent as follows:

1. Under the current Scheduling Order, the deposition of plaintiff's Expert is to be complete by August 22, 2008.

2. Counsel for the district Ms. Sara Knapp did note the deposition for the plaintiff's expert, Mr. Robert Klotz for August 21, 2008. Mr. Klotz is not a resident of the District of Columbia and would be traveling to attend the deposition. As such he was not available for the noted date and will not be available until September 10, 2008. The plaintiff and the defendant's have agreed to take his deposition on the September 10 date should the court grant this motion.

3. Fed. R. Civ. P. 6(b)(1) provides that: "When by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion with or

without a motion or notice order the period enlarged if request therefore is made before the expiration of the period originally prescribed or as extended by a previous order.

4. This motion satisfies the requirements of Rule 6(b)(1), because it is being filed prior to the prescribed deadline for the close of discovery, and is for cause shown.

5. Plaintiff respectfully requests that the Scheduling Order be modified as follows:

| | |
|---|---|
| Deadline for Deposing Plaintiff's Expert | September 10, 2008 |
| Deadline for Defendant's to file 26(a)(2) statement | October 22, 2008 |
| Deadline for Deposing Defendant' Expert: | November 22, 2008 |
| Discovery Close Date | November 22, 2008 |
| Deadline for Filing Dispositive Motions | December 15, 2008 |
| Deadline for filing Oppositions | January 15, 2009 |
| Replies due | January 30, 2009 |
| Pre-Trial | March 27, 2009 |

7. No party will be prejudiced by the granting of this Motion. In fact, all parties consent to the relief herein sought.

WHEREFORE, for the reasons stated herein, and pursuant to F.R.C.P. 6(b), Plaintiff requests an extension of the time to take the deposition of Plaintiff's expert to September 10, 2008.

Respectfully submitted,

   /s/ Brian K. McDaniel
Brian K. McDaniel, Esq. [452807]
McDaniel & Associates, P.A.
1211 Connecticut Ave. NW
Suite 506
Washington, DC  20036
(202) 331-0793
brianmac1911@aol.com

Counsel for Plaintiff

Sarah L. Knapp, Esq.
Assistant Attorney General
441 Fourth Street, NW, Suite 6S074
Washington, DC 20001

Counsel for the District of Columbia

Eric Glover, Esq.
Assistant Attorney General
441 Fourth Street, NW
Sixth Floor North
Washington, DC 20001

Counsel for Officers Manley and Neill

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARY R. LOVER      :
             :
    Plaintiff,    :
             :
v.           :  Case No.: **06CV01872**
             :  Judge:  Henry H. Kennedy
DISTRICT OF COLUMBIA, et. al. :
             :
    Defendants. :

<u>MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S CONSENT MOTION
FOR EXTENSION OF DEADLINES</u>

    In support of his Consent Motion for Extension of Deadlines, Plaintiff submits his memorandum of points and authorities, as follows:

    1.  Federal Rules of Civil Procedure, Rule 6(b)(1).

    2.  The parties consent.

    3.  The record herein.

    4.  The Court's equitable powers.

                   Respectfully submitted,

                     /s/ Brian K. McDaniel
                  Brian K. McDaniel, Esq. [452807]
                  McDaniel & Associates, P.A.
                  1211 Connecticut Ave. NW
                  Suite 506
                  Washington, DC  20036
                  (202) 331-0793
                  [brianmac1911@aol.com](mailto:brianmac1911@aol.com)

                  Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GARY R. LOVER | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No.: **06CV01872** |
| | : | Judge: Henry H. Kennedy |
| DISTRICT OF COLUMBIA, et. al. | : | |
| | : | |
| Defendants. | : | |

<u>ORDER</u>

This matter, having come before the Court on Plaintiff's Consent Motion for Extension of Deadlines, his supporting Memorandum of Points and Authorities, and the entire record, herein, it is, this _____ day of _____, 2008,

ORDERED, that the said motion be, and hereby is, GRANTED for the reasons set forth in the Plaintiff's motion, and it is,

FUTHER ORDERED, that the current Scheduling Order is modified as follows:

| | |
|---|---|
| Deadline for Deposing Plaintiff's Expert | September 10, 2008 |
| Deadline for Defendant's to file 26(a)(2) statement | October 22, 2008 |
| Deadline for Deposing Defendant' Expert: | November 22, 2008 |
| Discovery Close Date | November 22, 2008 |
| Deadline for Filing Dispositive Motions | December 15, 2008 |
| Deadline for filing Oppositions | January 15, 2009 |
| Replies due | January 30, 2009 |
| Pre-Trial | March 27, 2009 |

So ORDERED this _____ day of _____, 2008.

_____
The Honorable Henry H. Kennedy, Jr.
United States District Court for the District of Columbia