UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY R. LOVER | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Case No.: **06CV01872** |
| | : Judge: Henry H. Kennedy |
| DISTRICT OF COLUMBIA, et. al. | : |
| | : |
| Defendants. | : |

### PLAINTIFF'S RESPONSE TO DEFENDANTS MANLEY AND NEILL'S MOTION TO COMPEL PLAINTIFF TO RESPOND TO THESE DEFENDANTS' DISCOVERY DEMANDS

NOW COMES THE PLAINTIFF, Mr. Gary R. Lover, by and through his counsel Brian K. McDaniel and McDaniel & Associates, P.A., in requesting that this court deny the Defendant's Motion to Compel Discovery Responses. The Plaintiff proffers the following in support of his request:

1. This matter arises out of a Motion to Compel Plaintiff's discovery responses by Defendants Manley and Neill. (See Docket Entry 54.)

2. The Defendants are currently in possession of the information they seek in the interrogatory in question (Interrogatory #19) in this motion in the form of Plaintiff's deposition transcript, in which plaintiff gave a detailed answer to this question, and in Plaintiff's statement included in the MPD Final Investigative Report resulting from this incident.

3. Plaintiff has provided the bulk of the discovery requests and intends to comply fully with the moving party's discovery requests which will make the motion to compel moot.

4. Plaintiff, therefore, respectfully requests the motion be denied.

                                            Respectfully submitted,

                                                /s/ Brian K. McDaniel
                                            Brian K. McDaniel, Esq. [452807]
                                            McDaniel & Associates, P.A.
                                            1211 Connecticut Ave. NW
                                            Suite 506
                                            Washington, DC  20036
                                            (202) 331-0793
                                            brianmac1911@aol.com

                                            Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY R. LOVER : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No.: **06CV01872** |
| : | Judge: Henry H. Kennedy |
| DISTRICT OF COLUMBIA, et. al. : | |
| : | |
| Defendants. : | |

## ORDER

This matter, having come before the Court on Defendants Manley and Neill's Motion to Compel Plaintiff to Respond To These Defendants' Discovery Demands, the Plaintiff's response thereto, and the entire record, herein, it is, this _____ day of _____, 2008,

ORDERED, that the said motion be, and hereby is, DENIED for the reasons set forth in the Plaintiff's motion.

So ORDERED this _____ day of _____, 2008.

_____
The Honorable Judge of the
United States District Court for the District of Columbia

3